**UNITED STATES TAX COURT**
WASHINGTON, DC 20217

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Docket No. 21004-18. |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On December 10, 2018, the Court entered its Order of Dismissal for Lack of Jurisdiction in this case due to petitioner's failure to pay the filing fee in this case as directe, and this case was closed.

On December 13, 2018, petitioner filed a Motion for a New Trial which the Court will recharacterize as petitioner's Motion To Vacate Order of Dismissal.

Upon due consideration, it is

ORDERED that petitioner's Motion for a New Trial, filed December 13, 2018, is recharacterized as petitioner's Motion To Vacate Order of Dismissal. It is further

ORDERED that petitioner's Motion To Vacate is denied.

Maurice B. Foley
Chief Judge

Dated: Washington, D.C.
December 14, 2018

**SERVED Dec 14 2018**