OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 28, 2018

Edward T. Kennedy
401 Tillage Road
BreinigsvillePA18031

RE: Edward Kennedy v. Commissioner of Internal Revenue
Case Number: 18-3789
District Court Case Number: 18-21004

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal filed by **Edward T. Kennedy**, docketed at No.**18-3789**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Appellant**

Docketing fees in the amount of $505.00 must be paid to the Tax Court upon filing of a Notice of Appeal. If you cannot afford to pay the docketing fees, you must file an original and one copy of a Motion for Leave to Proceed In Forma Pauperis, together with an affidavit of poverty (form enclosed) and a certificate of service.

You must pay the docketing fees or file the Motion for Leave to Proceed In Forma Pauperis within **(14) fourteen days** from the date of this letter. **If you do not pay the docketing fees or**

**file the Motion for Leave to Proceed In Forma Pauperis within (14) fourteen days, your case will be dismissed without further notice. 3rd Cir. LAR Misc. 107.**

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)

These forms must be filed within **fourteen (14) days** from the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. An original and one copy of this notice must be filed, along with a certificate of service.

Attached is a copy of the full caption in this matter as it is titled in Tax Court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.


Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ *Aina*, Legal Assistant
Direct Dial: 267-299-4957

cc:
Bartholomew CirenzaEsq.
Catriona M. CopplerEsq.
William E. PaulEsq.
Charles P. RettigEsq.
Stephen C. WelkerEsq.
Matthew G. WhitakerEsq.


Enclosures:

Affidavit of Poverty
Information for Pro Se Litigants