UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **18-3789**

Edward Kennedy v. Commissioner of Internal Revenue
(U.S. Tax Court No. 18-21004)

**ORDER**

Appellant was required to pay the filing and docketing fee for this appeal in the U.S. Tax Court on or before January 11, 2019. The last entry on the Tax Court docket for this case is dated December 20, 2018.

Due to the lapse in appropriations, the U.S. Tax Court shut down on Friday, December 28, 2018 at 11:59 pm. Within 10 days from the date of this order, Appellant is directed to provide documentation that he forwarded the appeal and docketing fee to the Tax Court as directed. Failure to provide the requested documentation will result in dismissal of this appeal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 18, 2019
NMR/cc:    Mr. Edward T. Kennedy
          Bartholomew Cirenza, Esq.
          Catriona M. Coppler, Esq.
          William E. Paul, Esq.
          Charles P. Rettig, Esq.
          Stephen C. Welker, Esq.
          Matthew G. Whitaker, Esq.