# UNITED STATES TAX COURT
## DOCKET ENTRIES

**Docket No.**  021004-18                                                                         **INDEX**

Edward Thomas Kennedy

v. COMMISSIONER OF INTERNAL REVENUE

401 Tillage Road
Breinigsville, PA  18031

| Petitioner Counsel    (Total 01) | Respondent Counsel    (Total 02) |
|---|---|
| PRO SE | WS0475    Welker, Stephen C.<br>Internal Revenue Service<br>5th Floor<br>455 Massachusetts Avenue NW<br>Washington, DC  20001<br><br>CB0332    Cirenza, Bartholomew<br>IRS<br>5th Floor<br>455 Massachusetts Avenue NW<br>Washington, DC  20001 |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 10/22/2018 | PNF | PETITION FILED by Petr. Edward Thomas Kennedy: NO FEE | | R  10/29/2018 | |
| 0002 | 10/22/2018 | RQT | REQUEST FOR PLACE OF TRIAL AT WASHINGTON, DC by Petr. Edward Thomas Kennedy | | R  10/29/2018 | |
| 0003 | 10/22/2018 | APW | APPLICATION FOR WAIVER OF FILING FEE by Petr. Edward Thomas Kennedy | ORD  10/30/2018 | R  10/29/2018 | |
| 0004 | 10/30/2018 | O | ORDER THAT PETR. BY 11/20/18 SHALL PAY THE COURT'S FILING FEE. THAT PETRS. APPLICATION FOR WAIVER OF FILING FEE IS DENIED. | | B  10/30/2018 | |
| 0005 | 11/12/2018 | RSP | RESPONSE TO ORDER DATED 10/30/2018 by Petr. Edward Thomas Kennedy (C/S 11/12/18) | | R  11/12/2018 | |
| 0006 | 12/03/2018 | M030 | MOTION FOR RECUSAL OF JUDGE by Petr. Edward Thomas Kennedy (C/S 12/03/18) (ATTACHMENT) | DNM  12/10/2018 | R  12/03/2018 | |
| 0007 | 12/03/2018 | MEMO | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE by Petr. Edward Thomas Kennedy (C/S 12/03/18) | | R  12/03/2018 | |
| 0008 | 12/03/2018 | EXH | EXHIBIT(S) TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE by Petr. Edward Thomas Kennedy (EXHIBIT) | | R  12/03/2018 | |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | | M |
|---|---|---|---|---|---|---|---|
| 0009 | 12/06/2018 | NODC | NOTICE OF DOCKET CHANGE OF MEMORANDUM MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE BY PETR. EDWARD THOMAS KENNEDY FILED 12/03/2018. THE DOCUMENT AND THE DOCKET ENTRY TEXT HAVE BEEN CORRECTED TO SHOW THE TITLE OF THE DOCUMENT AS A MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE. | | B | 12/06/2018 | |
| 0010 | 12/06/2018 | NODC | NOTICE OF DOCKET CHANGE OF MEMORANDUM IN SUPPORT OF MEMORANDUM MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE BY PETR. EDWARD THOMAS KENNEDY FILED 12/03/2018. THE TITLE OF THE DOCUMENT HAS BEEN CHANGED TO SHOW THE TITLE AS AN EXHIBIT (S) TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE. | | B | 12/06/2018 | |
| 0011 | 12/10/2018 | DNM | DENIED MOTION FOR RECUSAL OF JUDGE by Petr. Edward Thomas Kennedy | | B | 12/10/2018 | |
| 0012 | 12/10/2018 | OD | ORDER OF DISMISSAL ENTERED, JUDGE FOLEY. THAT ON THE COURT'S OWN MOTION, THIS CASE IS DISMISSED FOR LACK OF JURISDICTION ON THE GROUND PETR. FAILED TO PAY THE FILING FEE. | | B | 12/10/2018 | |
| 0013 | 12/12/2018 | M072 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED by Resp. (C/S 12/12/18) (STRICKEN) | | P | 12/12/2018 | |
| 0014 | 12/12/2018 | O | ORDER THAT RESP. MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, FILED 12/12/18, IS DEEMED STRICKEN FROM THE RECORD IN THIS CASE. | | B | 12/13/2018 | |
| 0015 | 12/13/2018 | M120 | MOTION TO VACATE ORDER OF DISMISSAL by Petr. Edward Thomas Kennedy (C/S 12/13/18) | ORD 12/14/2018 | R | 12/13/2018 | |
| 0016 | 12/14/2018 | O | ORDER THAT PETRS. MOTION FOR NEW TRIAL, FILED 12/13/18 IS RECHARACTERIZED AS PETRS. MOTION TO VACATE ORDER OF DISMISSAL. THAT PETRS. MOTION TO VACATE IS DENIED. | | B | 12/14/2018 | |
| 0017 | 12/18/2018 | RPT | STATUS REPORT by Petr. Edward Thomas Kennedy (C/S 12/18/18) | | R | 12/18/2018 | |
| | | | **A P P E L L A T E   P R O C E E D I N G S** | | | | |
| 0018 | 12/18/2018 | NOAP | NOTICE OF APPEAL BY PETR(S). TO U.S.C.A. 3RD CIR. | | B | 12/20/2018 | |
| 0019 | 12/20/2018 | NOFC | NOTICE OF FILING W/ COPY OF NOT. OF APP. SENT TO THE PARTIES. | | B | 12/20/2018 | |