NF

UNITED STATES
TAX COURT
UNITED STATES TAX COURT
www.ustaxcourt.gov
2018 OCT 22 AM 10: 03

FILED
U.S. TAX COURT
STEPHANIE A. SERVOSS, CLERK
2018 OCT 22 AM 10: 18

EDWARD THOMAS KENNEDY,
BY: _____
Petitioner, DEPUTY CLERK

BY: _____
DEPUTY CLERK

v.

Tax Court Case No. _____ **21004-18**

COMMISSIONER OF INTERNAL REVENUE,
David J. Kautter, Acting Commissioner of the
Internal Revenue Service
Internal Revenue Service Headquarters
1111 Constitution Ave. NW
Washington, DC 20224

Respondent.

### PETITION / ACTION AT LAW

1.      Edward Thomas Kennedy, hereinafter "Petitioner" and /or "Kennedy"

wishes and requests this court of record to be at the District of Columbia location, and

wishes and requests ECF access to this and all cases at this court.

### JURISDICTION and VENUE

2.      The Court and Its Jurisdiction is "The United States Tax Court is a court of

record established by Congress under Article I of the U.S. Constitution."[1]

3.      Here is what the Internal Revenue Code designates: 26 USC 7441: Status. "There

is hereby established, under article I of the Constitution of the United States, a court of record to

be known as the United States Tax Court. The members of the Tax Court shall be the chief judge

and the judges of the Tax Court." Kennedy wishes a Judge, not an Senior Judge, to administer

---

[1] Source: https://ustaxcourt.gov/about.htm

PETITION
-1 of 8-

**SERVED Oct 29 2018**

this case, and that this Judge obey the law, and the Law of the Case.

FIRST CAUSE OF ACTION – TRESPASS

PARTIES

4.    Edward Thomas Kennedy is one of the people of Pennsylvania, and in this court of record on his own behalf complains of the following: Commissioner of Internal hereinafter also "defendant," to wit:

STATEMENT OF FACTS

5.    Defendant exceeded its jurisdiction by either directly, through an agent, or in concert with another did cause Kennedy to be unlawfully and forcibly charged with debts[2] against his will, without jurisdiction or good cause.

6.    Said defendant, without good cause, took further casual ill-considered actions to further injure Kennedy with liens, repeated theft of funds.

7.    Defendant acted in such a way, or failed to act in such a way, that Kennedy is deprived of his liberty.

8.    Defendant acted to deprive Kennedy of his liberty; or defendant failed to act to prevent the loss by Kennedy of his liberty. The following paragraphs describe what the defendants, under color of law, either acted or failed to act as obligated.

9.    At no time has Kennedy ever signed an IRS form, and if he did it was under duress or identity theft or falsification of evidence by the defendants.

10.    Defendants without proof of jurisdiction, ignored Kennedy's objections, and Notice and Demand, and proceeded under color of law to steal from Kennedy from 1971 to present, nunc pro tunc.

---

[2] Fake debts or false debts.

11.     Because of the actions committed with actual and implied force or the lack of action of the defendants, Kennedy was immediately and directly injured and suffered loss of liberty, and injured and damaged under color of law.

12.     Defendant has a duty to not cause Kennedy to be financially imprisoned under color of law, to not cause loss of liberty.

13.     Further, defendants have a duty to prove jurisdiction when objection to jurisdiction is asserted.

14.     Defendant breached that duty, and defendant breached its fiduciary duty.

15.     The damages for the injury caused by defendants' actions are $50,000 for each day of unlawful imprisonment for each defendant.

16.     The damages for the injury caused by defendant's absence of required action is $5,000 for each failure to act.

SECOND CAUSE OF ACTION – TRESPASS ON THIS CASE

17.     Paragraphs 1 through 16 are included by reference as though fully stated herein.

18.     By right, Kennedy reasonably expects to proceed without injury, secure in his capacities. By right, Kennedy reasonably expects to exercise his right to liberty.

19.     Defendants has a legal duty to use due care and not cause an injury to Kennedy or interfere with said rights in any way.

20.     Defendant breached that duty by proximately or legally, directly and indirectly, causing the injuries to Kennedy.

21.     The damages claimed are all a result of the injuries.

## LAW OF THE CASE

22.     Through the courts, Kennedy encourages the Government and its employees to obey the law. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law.[3]

23.     In a court of record, a judge has no discretion.

24.     Discretion is reserved to the independent tribunal.

25.     When the word "law" is used without qualification, it means common law.

26.     US Code Title 26 is not law. 26 USC 7806(b) says that Title 26 is not the law, in other words, "No inference, implication or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title..."

27.     28 U.S. Code § 2674 - Liability of United States, states, The United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances, but shall not be liable for interest prior to judgment or for punitive damages.[4]

28     Title 26 is not law despite the personal opinions of those who work for the IRS, a non-registered foreign agent and international debt collection service.

29.     Under the FTCA, 28 U.S.C. §§ 2671-2680 , individuals who are injured or whose property is damaged by the wrongful or negligent act of a federal employee acting within his or her official duties may file a claim with the government for reimbursement for that injury or damage.

---

[3] See the use of dictionaries by the Supreme Court of the United States, by Kevin Werbach, titled Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994).
[4] Link here: https://www.law.cornell.edu/uscode/text/28/2674

30.    Exhibit "1" is incorporated by reference as though fully stated herein.

### REQUEST FOR RELIEF

31.    For that cause of action therefore Kennedy brings his suit.

32.    WHEREFORE, Kennedy wishes the Judge assigned to this case administrate judgment against defendants, and each of them, as follows:

On all causes of action:

33.    For general damages in the sum of $50,000 multiplied by the number of days in constructive and actual imprisonment or Five million dollars ($5,000,000.00) whichever is greater.

34.    For an Order to stop the defendants from stealing from Kennedy, remove all liens and claims of debt by the defendants from Kennedy nunc pro tunc, and restore Kennedy's good name in finance;

35.    For an immediate Order to the defendants to return all funds taken from Kennedy nunc pro tunc; in other words, Order the defendants to stop stealing from Kennedy;

36.    That the court enter a declaratory judgment that defendants have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;

37.    That the court enter a declaratory judgment that defendants have acted contrary to constitutional right, power or privilege;

38.     That the court enter a declaratory judgment that defendants' actions were in excess of statutory jurisdiction, authority and short of statutory right;

39.     That the court permanently enjoin defendants from interfering in any way with Kennedy's lawful rights and provide him with a republican form of government;

40.     That the court permanently enjoin defendants from interfering in any way with Kennedy's lawful rights, honor their fiduciary duty to Kennedy, net out all alleged "debt" to zero, remove all liens and return all funds to Kennedy nunc pro tunc;

41.     That the court enter a declaratory judgment that the records of the court not of record are impeached for want of jurisdiction in the Court or judicial officers, for collusion between the parties, and/or for fraud in the parties offering the record, in respect to the proceedings;

42.     That the court grant Kennedy his attorneys fees;

43.     That the court grant Kennedy such, other and further relief as the court deems proper;

44.     That the court order all the defendants to return the value of all bonds created in these matters in this case and that these said bonds be given to Kennedy in lawful money;

45.     For interest as allowed by law; and

46.     For costs of suit incurred.

47.     I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Date: October 15, 2018

SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
pillar.of.peace.2017@protonmail.com
Telephone: 415-275-1244
Fax: 570-609-1810.

## Address Used By Court

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018 that I filed a copy of the foregoing Petition by

USPS regular mail at the office of the Clerk of Court at United States Tax Court 400 Second

Street, N.W., Washington, D.C. 20217, and served by fax numbers to the following:

Jefferson Beauregard Sessions, Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
catriona.coppler@usjoj.gov

Catriona M. Coppler, Tax Attorney, Tax Division
US Department of Justice
Post Office Box 227
Washington DC 20044
catriona.coppler@usjoj.gov

David J. Kautter, Acting Commissioner of the Internal Revenue Service
Internal Revenue Service
1111 Constitution Ave. NW
Washington, DC 20224
Fax number: (855) 573-7040

William M. Paul, Acting Chief Counsel and Deputy Chief Counsel (Technical)
Internal Revenue Service
1111 Constitution Ave. NW
Washington, DC 20224
Fax number: (855) 573-7040.

/s/ *Edward Thomas Kennedy*  (seal)

_____

EDWARD THOMAS KENNEDY

PETITION
-8 of 8-

# Exhibit 1 LAW OF THE CASE

This court decrees Judicial Cognizance,[1] and decrees as follows:

1.      Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. (See the use of dictionaries in the Supreme Court of the United States, by Kevin Werbach Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994)). When the word law is used in the US Constitution, they mean the common law.

2.      In a court of record, a judge has no discretion.  Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. An "attorney at law" means one who practices common law. (notwithstanding the fact that modern attorneys ignore the subject).  An "attorney in equity" is one who practices before an equity court.

3.      Absolute Judicial immunity is a myth. A Judge does not have absolute immunity. Judicial immunity does not apply when the following conditions exist:

a. when he is performing a non-judicial act, or

b. when he acts in the complete absence of all jurisdiction.

4.      Statutes are expressions of will from the legislature.  To maintain confusion, Bar members append the word "law" to it.  Naturally, one is supposed to then believe that statutory law is the same as and equal to common law (it isn't!).  There is no legislative foundation for any Bar member to "practice" law.

5.      Codes are nothing more than a collection of statutes and other rules arranged by subject instead of being arranged by date. Law beats statutes; statutes beat codes.

6.      The California 1879 Constitution defines all California courts to be courts of record.  California Government code says in two statutes: The people of this state do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.[2]

7.      Commonwealth of Pennsylvania maintains confusion and deception with multiple versions of its Constitution. Commonwealth of Pennsylvania has had five versions of constitutions 1776, 1790, 1838, 1874, and 1968.[3]

8.      "Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law," (Preamble - Universal Declaration of Human Rights)

9.      Nisi Prius is defined as: "a court where civil actions are tried by a single judge

---

[1] Judicial cognizance. See Judicial. The term also applies to a power granted by the king to a city or town to hold pleas within it. 11 East, 543; 1 W. Bla. 454; 3 Bla.Com. 298. An acknowledgment by defendant or deforciant in fine that the land belongs to, or is the right of, the complainant, 12 Ad. & El. 259. An answer in replevin, by which defendant acknowledges taking of the goods and want of title, but justifies on ground that the taking was by command of one entitled to the property. Lawes, Pl. 35; 2 Bla.Com. 350. Inhabitants of Sturbridge v. Winslow. 21 Pick., Mass., 87; Noble v. Holmes, 5 Hill,
N.Y., 194.

[2] California Government Code - 11120 and 54950.

[3] See John J. Kennedy, Pennsylvania Government and Politics, 1st Edition, Cognella publisher, 2018. Chapter 3, pages 79 to 90.

## Exhibit 1 LAW OF THE CASE

sitting with a jury, as distinguished from an appellate court." This means the nisi prius court is a Trial Court which of course is where the facts of a case are discovered. A nisi prius court is a "court of no record," but a record is kept in a trial court. The mere keeping of a record does not qualify any court to be a court of record.

10.    Black's Law Dictionary, Fifth Edition, contributes to the confusion by listing only two of the four requirements for a court to qualify as a court of record. For the full explanation, see https://www.1215.org/lawnotes/lawnotes/courtrec.htm.

11.    In California, all courts are named as courts of record. However, if in an individual case they are not operated as courts of record, then they don't qualify as such. It takes more than a name to make a court of record. Even though a court may be keeping a record, it is a court of no record if it does not conform to the remaining three requirements for a lawful court of record.

12.    A court of record is a court which must meet the following criteria:
1. generally has a seal
2. power to fine or imprison for contempt
3. keeps a record of the proceedings
4. proceeding according to the common law (not statutes or codes)
5. the tribunal is independent of the magistrate (judge)

Note that a judge is a magistrate and is not the tribunal. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).

13.    Black's Law Dictionary's omissions are subtle but one can recombine the information and get to the real meaning of terms such as "nisi prius".

14.    "Nisi prius" is a Latin term. Individually, the words mean thus: "Prius" means "first." For example, "Prius vitiis laboravimus, nunc legibus".means "We labored first with vices, now with laws." Quoted from Black's Law Dictionary, Fifth Edition. "Nisi" means "unless." Quoting from B.L.D., 5th Ed.: "The word is often affixed as a kind of elliptical expression, to the words 'rule,"order,' 'decree,' 'judgment,' or 'confirmation,' to indicate that the adjudication spoken of is one which is to stand as valid and operative unless he party affected by it shall appear and show cause against it, or take some other appropriate step to avoid it or procure its revocation."

15.    "Nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

16.    It is a matter of right that one may demand to be tried in a court of record.
By sheer definition, that means that the court must proceed according to the common law (not the statutory law). The only way that a court can suspend that right is by the prior agreement of the parties.

17.    For tactical reasons, Commonwealth of Pennsylvania and/or the state and/or State, prefers to proceed according to statutory law rather than common law. The only way it can do that is to obtain the prior agreement from the parties. That is the primary (but hidden) purpose of the arraignment procedure.

18.    During arraignment choices for pleading are only guilty, not guilty, nolo contendere, but all three choices lead to the same jurisdiction, namely a statutory jurisdiction, not a common law jurisdiction. That is to say, the question to be decided is whether or not the statute was violated, not whether the common law was violated.

**Exhibit 1 LAW OF THE CASE**

19.    The dictionary does not lie in its definition of a nisi prius court but it does omit some important information.  Namely, that it is a court that has been set up by prior agreement assumed because when the three statutory options [guilty, not guilty, nolo contendere] were presented to the defendant he chose one.  He thus failed to enforce his right to be prosecuted in a court of record.

20.    Once the agreement (as evidenced in the arraignment proceeding) has been secured, the court proceeds under statutory authority.  Now the court ceases to be a court of record and becomes a court of no record by prior lack of objection, i.e. by prior agreement implied by failure to object.

21.    Naturally, after securing the agreement, a nisi prius court can move on to examine the facts with a judge and jury, etc. etc.

22.    The criminal court is an inferior court because it is operating according to special rules (criminal code) and not according to the common law. Even if its name is "Superior Court of ....." it is still an inferior court so long as it is operating according to some code or statutes rather than the common law.On the other hand, a court of record, so long as it meets the criteria, is a true superior court. The decisions and proceedings of an inferior court are not presumed to be valid. The inferior court can be sued in a superior court (that's called a "collateral attack"). In other words, the superior court (court of record) out ranks the inferior court not of record."

23.    Government Manipulation of Language. The first "trick" of the Government is the re-definition of certain critical words in each Statute (Act) The Government assumes the ordinary meaning of the word so as to trick the public into reading and interpreting the Statute in their favour. Here is a summary of some of the Trick Words. Two keywords that are re-defined in almost every Statute are the words "person" and "individual". There are at least two "person" in law:    A natural-person is a legal entity for the human-being.

An artificial-person is a legal entity that is not a human being. (Here are the exact definitions from Barron's Canadian Law Dictionary, fourth edition (ISBN 0-7641-0616-3): natural person. A natural person is a human being that has the capacity for rights and duties. artificial person. A legal entity, not a human being, recognized as a person in law to whom certain legal rights and duties may attached - e.g. a body corporate.)

24.    The natural-person has the "capacity" (i.e. ability) for rights and duties, but not necessarily the obligation. The artificial-person has rights and duties that may be attached (i.e. assigned) by laws.

25.    The second "trick" of the Government is to use the Interpretation Act to define words that apply to all Statutes, unless re-defined within a particular Statute. Without this knowledge, one could assume the ordinary meaning for the words one is reading, not realizing that they may have been defined by the Interpretation Act. Unless these words have been re-defined in another Statute, the underlying definitions for the two most important words still apply, either from the Interpretation Act, or the Canadian Law Dictionary. Basically, they are defined as follows:

a.    from the Canadian Law Dictionary one can find that:

individual means a natural person,

b.    from the Income Tax Act find the re-definition:

individual means an artificial person.

      c.      from the Canadian Law Dictionary find that:

person means an individual (natural person) or incorporated group (artificial person),

      d.      from the Interpretation Act find the re-definition:

person means a corporation (an artificial- person),

      e.      from the Income Tax Act find the re-definition again:

person means an artificial person (amongst other things).

      26.      In the Canadian Human Rights Act, one can see how individual and person are used and how they are applied to natural and artificial persons.

      27.      The third "trick" of the Government is to use the word "includes" in definitions instead of using the word "means". They do this in some critical definitions that they want misinterpreted. If they used "means" instead of "includes" then their deception would be exposed, but by using "includes" they rely upon the reader to assume that "includes" expands the definition, whereas in reality it restricts the definition in the same manner that "means" restricts the definition.

      28.      Here is a means definition of the word "person" from the Bank Act:

person means a natural person, an entity or a personal representative;

      29.      Here is an includes definition of the word "person" from the Interpretation Act:

person, or any word or expression descriptive of a person, includes a corporation

To expose their deception, substitute the word means or any word or expression descriptive of a person, means a corporation (viz. artificial-person)

      30.      Both "means" and "includes" are restrictive in scope because they only encompass part of the whole. Typically they are used in the following form:

person means A or B or C (and nothing else).

person includes A and B and C (and nothing else).

      31.      From the above example, one sees the logical difference. The list that follows means is constructed using "or", whereas the list that follows includes is constructed using "and".

      32.      There is a Legal Maxim that supports the restriction of "includes" which is as follows: Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another.

The definition of the word include is key to understanding the potential loss of the natural-person. This is the major trick used by the Government in an attempt to take away natural-person rights. Unless this is known one voluntarily forfeits rights.

      33.      The fourth "trick" of the Government is to modify how the word "includes" is used in order to make an expansion in the definition when such expansion is required. This "trick" helps add confusion to the use of "includes" convincing most readers that "includes" should always be expansive rather than limiting. Here are some legitimate ways in which "includes" is modified to become expansive rather than restrictive:

      also includes

      and includes

      includes, without limitation,

      including

      including but not limited to

      34.      The expansive definitions usually take the following form:

**Exhibit 1 LAW OF THE CASE**

person means A or B or C and includes D. (A,B, C and D). However, there is also a possibility that "and includes" is restrictive in some constructions. There are some people investigating this possibility right now. Their logic is demonstrated by the following example of a definition that states: province means a province of Canada and includes Ontario and Quebec.

So, if one presumes that "and includes" does provide expansion then one must ask why Ontario and Quebec had to be specifically mentioned when they are already part of a so-called province.

35.     The above construction clearly defines the scope of what is meant by province, that is a province of Canada (it does not say which one), and includes only Ontario and Quebec (compiled from a list of two from the original scope of all provinces). In this construction means provides the scope of the definition and includes provides the list of what is actually included in the definition.

36.     The foregoing analysis is one interpretation, but is not the only interpretation. The use of "includes" in statutory definitions can be argued both ways and is the backbone of understanding interpretations.

37.     With the presumption that "and includes" is restrictive, then we must take a very close look at the following definition, taken from the Interpretation Act:

province means a province of Canada and includes the Yukon Territory, the Northwest Territories and Nunavut .

38.     With this presumption what is stated is: unless another statute re-defines province, the default definition of province only includes the Yukon Territory, the Northwest Territories and Nunavut.

39.     So in order to not become absurd, we must allow for "and includes" to be expansive, however more work needs to be done on this subject before placing the last nail in the coffin, so to speak.

40.     Barron's Canadian Law Dictionary does not provide definitions for "include" or "means" therefore we have to look in the next source for the definitions.

41.     From Black's Law Dictionary, fourth edition, here is the definition for the word "include":

include. To confine within, hold as in an inclosure, take in , attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Including may, according to context, express an enlargement and have the meaning of and or in addition to, or merely specify a particular thing already included within general words heretofore used.

inclose. To surround; to encompass; to bound; fence, or hem in, on all sides.

It is stated in the above definition that the verb include is clearly restrictive and only has limited scope. On the other hand the participle,including (but not limited to) enlarges the scope.

42.     Therefore the conclusion is that when used in a definition, include does not expand the existing definition of the word it is attempting to define.

43.     It is easy to be confused because one naturally assumes the existing definition of the word, then assume include means to add this new interpretation to the existing assumed definition of the word. Our assumptions fail us in this case.

44.     For the Doubting Thomas: If one looks into any statute, one will be able to find a definition that uses the word includes and attempts to broaden the scope of that word to include the ordinary meaning, finda that the statute will break down because it will not be able to support the inclusion of the ordinary meaning of the word.

# Exhibit 1 LAW OF THE CASE

45.    The breakdown usually occurs when slavery is invoked.

46.    Courts may be classified and divided according to several methods, the following being the more usual: COURTS OF RECORD and COURTS NOT OF RECORD.

47.    The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal.

48.    Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. See 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

49.    A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. See Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y.

50.    CONFIRMATIO CARTARUM, (conforming charter)

October 10, 1297, **By Edward, King of England**, reaffirms that the Magna Carta may be pleaded as the Common Law before a court.

This links the Magna Carta to the Common Law.

The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta.

( See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated College Presses, 32 Washington Place, New York 3, New York.).

51.    The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4).

52.    No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

53.    The definition of sovereignty retains the meaning it had at the time the US Constitution was formed. Who is the Tribunal? Answer: The sovereign, the ultimate Judge.

54.    ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp 471-472.]

55.    The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

56.    Where rights secured by the Constitution are involved, there can be no rulemaking or legislation which would abrogate them. [Miranda v. Arizona, 384 US 436, 491.]

57.    There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [Sherer v. Cullen, 481 F 946.]

58.    Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the

# Exhibit 1 LAW OF THE CASE

people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

59.     The Commonwealth of Pennsylvania is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land. Notice and see Pennsylvania Constitution, all versions.

60.     This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [Constitution for the United States of America, Article VI, Clause 2.]

61.     Conspiracy against rights: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18, USC 241]

62.     Deprivation of rights under color of law: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18, USC 242]

63.     COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [Black's Law Dictionary, 5th Edition, page 318.]

64.     COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

# Exhibit 1 LAW OF THE CASE

65.    COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

A. A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

B. Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

C. Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

D. Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

E. Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

66.    The following persons are magistrates: ...The judges of the superior courts.... [California Penal Code, Sec. 808.] ...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law.... [Confirmatio Cartarum, November 5, 1297, Sources of Our Liberties Edited by Richard L. Perry, American Bar Foundation]

67.    Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court. [Magna Carta, Article 34].

68.    If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such decision does not affect the validity of any other portion of this action.

69.    The singular includes the plural and the plural the singular.

70.    The present tense includes the past and future tenses; and the future, the present.

71.    The masculine gender includes the feminine and neuter.

**Exhibit 1 LAW OF THE CASE**

72.   We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

73.   Through the courts, Plaintiff Kennedy encourages the government to obey the law.

75.   Edward Thomas Kennedy, Plaintiff, is one of the people and in the court of record, wishes and demands individual defendants, and/or their counsel, to reply and testify, affirm, and/or declare under penalty of perjury to his complaint.

76.   The Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law. Warnock v. Pecos County, 88 F.3d 341 (5th Cir. 07/08/1996), Ex parte Young, 209 U.S. 123, 155-56, 52 L. Ed. 714, 28 S. Ct. 441 (1908); Edelman v. Jordan, 415 U.S. 651, 664, 39 L. Ed. 2d 662, 94 S. Ct. 1347 (1974); Brennan v. Stewart, 834 F.2d 1248, 1252 (5th Cir. 1988).

77.   No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of receipts and expenditures of all public money shall be published from time to time." ~ Article I, Section 9, Clause 7, U.S. Constitution, link here https://constitution.solari.com/the-appropriations-clause-a-history-of-the-constitutions-as-of-yet-underused-clause/

78.   The Constitution of the United States of America, Article II Section 2.

"The judicial power shall extend to all cases, in law and equity,[4] arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more statests; between a state and citizens of another ate;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed."

79.   Charter for the Province of Pennsylvania-1681.[5]

---

[4] Law here means common law.
[5] http://avalon.law.yale.edu/17th_century/pa01.asp

# Exhibit 1 LAW OF THE CASE

80.     Penn's Charter of Liberty - April 25, 1682.[6]

81.     Charter of Privileges Granted by William Penn, esq.
to the Inhabitants of Pennsylvania and Territories, October 28, 1701.[7]

82.     Constitution of Pennsylvania - September 28, 1776.[8]

83.     Small points of the law are not law.

84.     Trespass means injury committed with force, actual or implied; immediate and not consequential; if property involved, then property was in actual or constructive possession of plaintiff at time of injury. Source: Koffler: Common Law Pleading, 152 (1969)

85.     Trespass on the Case – In practice, means the form of action by which a person seeks to recover damages caused by an injury unaccompanied with force or which results indirectly from the act of the defendant. It is more generally called, simply, case. Source: 2 Bouvier's Law Dictionary 610 (1867).

86.     Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here:
https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s.
Case cited by Graham and Kavanaugh is here:
YASER ESAM HAMDI v. DONALD H. RUMSFELD,
SECRETARY OF DEFENSE, et al., link here:
http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

---

[6] http://avalon.law.yale.edu/17th_century/pa03.asp
[7] http://avalon.law.yale.edu/18th_century/pa07.asp
[8] http://avalon.law.yale.edu/18th_century/pa08.asp

UNITED STATES TAX COURT
www.ustaxcourt.gov

EDWARD THOMAS KENNEDY,
       Petitioner,

        v.

                     Tax Court Case No. _____

COMMISSIONER OF INTERNAL REVENUE,
       Respondent.

TAKE JUDICIAL COGNIZANCE

I.     Edward Thomas Kennedy is one of the people of the Pennsylvania, and in this court of record wishes the Judge assigned herein to TAKE JUDICIAL COGNIZANCE of the following:

2.     "The United States Tax Court is a court of record established by Congress under Article I of the U.S. Constitution."[1]

3.     This means this court is not an administrative court.

Date: October 15, 2018

                                         (SEAL)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
pillar.of.peace.2017@protonmail.com
Telephone: 415-275-1244
Fax: 570-609-1810.

---

[1] Source: https://ustaxcourt.gov/about.htm



UNITED STATES TAX COURT
UNITED STATES TAX COURT
www.ustaxcourt.gov
2018 OCT 22  AM 10: 06

EDWARD THOMAS KENNEDY,
_____
                    BY:
                    Petitioner  DEPUTY CLERK

    v.

New Case
Tax Court Case No. _____

COMMISSIONER OF INTERNAL REVENUE,
Respondent.

## AFFIDAVIT

1.    I am Edward Thomas Kennedy, hereinafter "Kennedy," and I am one of the

people of Pennsylvania, in this court of record, I am petitioner in this case.

2.    I have direct knowledge of the following facts, and am competent to testify to the

truth of these facts if I am called as a witness.

3.    Through the courts, Kennedy encourages the government to obey the law.

4.    26 USC 7806(b) says that Title 26 is not the law, in other words, "No inference,

implication or presumption of legislative construction shall be drawn or made by reason of the

location or grouping of any particular section or provision or portion of this title..."

5.    Notice that "legislative construction" means "law."

6.    Tax Court is a court of record. It is not an administrative court.

7.    Here is what the Internal Revenue Code designates: 26 USC 7441: Status. "There

is hereby established, under article I of the Constitution of the United States, a court of record to

be known as the United States Tax Court. The members of the Tax Court shall be the chief judge

and the judges of the Tax Court."

8.    I owe no debt to the defendant. I have no contract with the defendant.

9.    the defendant exceeded its jurisdiction, and because the defendant exceeded its

jusisdiction, I am injured in loss of rights.

[1]

10.    I, Edward Thomas Kennedy, declare under the penalty of perjury that the

foregoing is true and correct and that this declaration was executed in Breinigsville,

Pennsylvania on October 15, 2018.

Date: October 15, 2018

$\underline{5 + 7L / C}$    (SEAL)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
pillar.of.peace.2017@protonmail.com
Telephone: 415-275-1244
Fax: 570-609-1810.

---

[1] TITLE 26, UNITED STATES CODE SERVICE.
Section 7806. Construction of Title.

(a) Cross references. The cross references in this title to other portions of the title, or other provisions of law, where the word "see" is used, are made only for convenience, and shall be given no legal effect.

(b) Arrangement and classification. No inference, implication, or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title, nor shall any table of contents, table of cross references, or similar outline, analysis, or descriptive matter relating to the contents of this title be given any legal effect. The preceding sentence also applies to the sidenotes and ancillary tables contained in the various prints of this Act before its enactment into law.

UNITED STATES

UNITED STATES TAX COURT

www.ustaxcourt.gov

2018 OCT 22 AM 10:06

EDWARD THOMAS KENNEDY,

BY: _____
PETITIONER CLERK

v.

Tax Court Case No. _____

COMMISSIONER OF INTERNAL REVENUE,
Respondent.

## ORDER

Petitioner is one of the people of Pennsylvania, and his wish for the following:

For general damages of $5,000,000.00 and to remove all liens and claims of debt

by the defendant from Kennedy nunc pro tunc, and to restore Kennedy's good name in

finance and return all stolen funds nunc pro tunc is:

GRANTED_____

NOT GRANTED_____


_____

By the Court

UNITED STATES TAX COURT
www.ustaxcourt.gov

EDWARD THOMAS KENNEDY,
Petitioner,

v.

Tax Court Case No. _____

COMMISSIONER OF INTERNAL REVENUE,
Respondent.

TAKE JUDICIAL COGNIZANCE

I.    Edward Thomas Kennedy is one of the people of the Pennsylvania, and in this court of record wishes the Judge assigned herein to TAKE JUDICIAL COGNIZANCE of the following: Federal Tort Claims Against Federal Judiciary Personnel

The Federal Tort Claims Act (FTCA) sets forth procedures for presenting and resolving administrative monetary claims for personal injury, property damage, or death arising from the alleged negligence of officers and employees of the federal judiciary acting in the scope of their official duties.

Under the FTCA, 28 U.S.C. §§ 2671-2680 individuals who are injured or whose property is damaged by the wrongful or negligent act of a federal employee acting within his or her official duties may file a claim with the government for reimbursement for that injury or damage. To state a valid claim, the claimant must demonstrate that: he or she was injured, or his or her property was damaged by a federal government employee;

1. the employee was acting within the scope of his or her official duties;

2. the employee was acting negligently or wrongfully; and

1

3.  the negligent or wrongful act proximately caused the injury or damage of which he or she

complains.

[1]Date: October 15, 2018

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
pillar.of.peace.2017@protonmail.com
Telephone: 415-275-1244
Fax: 570-609-1810.

---

[1]
http://www.uscourts.gov/rules-policies/judiciary-policies/federal-tort-claims-against-federal-judiciary-personnel

2

Edward Thomas Kennedy
401 Tillage Rd.
Breinigsville PA 18031

Clerk of Court
US TAX Court
400 Second St. N.W.
Washington DC 20217

**Postmeter
OCT 15 2018**

21004-18



neopost
10/15/2018
US POSTAGE $01.63⁰
ZIP 19530
041L11245010



U.S. TAX COURT
RECEIVED

OCT 22 2018

UNITED STATES TAX COURT
www.ustaxcourt.gov

U.S. TAX COURT
FILED

OCT 22 2018

Edmund Thomas Kennedy

Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No.

21004-18

REQUEST FOR PLACE OF TRIAL

**PLACE AN "X" IN ONLY ONE BOX TO REQUEST THE PLACE OF TRIAL. IF PETITIONER(S) ELECTED TO HAVE THE CASE CONDUCTED AS A SMALL TAX CASE, REQUEST ANY CITY LISTED BELOW; OTHERWISE, REQUEST ANY CITY NOT MARKED WITH AN ASTERISK (*).**

ALABAMA
□ Birmingham
□ Mobile
ALASKA
□ Anchorage
ARIZONA
□ Phoenix
ARKANSAS
□ Little Rock
CALIFORNIA
□ Fresno*
□ Los Angeles
□ San Diego
□ San Francisco
COLORADO
□ Denver
CONNECTICUT
□ Hartford
DISTRICT OF COLUMBIA
□ Washington
FLORIDA
□ Jacksonville
□ Miami
□ Tallahassee*
□ Tampa
GEORGIA
□ Atlanta
HAWAII
□ Honolulu
IDAHO
□ Boise
□ Pocatello*
ILLINOIS
□ Chicago
□ Peoria*
INDIANA
□ Indianapolis
IOWA
□ Des Moines

KANSAS
□ Wichita*
KENTUCKY
□ Louisville
LOUISIANA
□ New Orleans
□ Shreveport*
MAINE
□ Portland*
MARYLAND
□ Baltimore
MASSACHUSETTS
□ Boston
MICHIGAN
□ Detroit
MINNESOTA
□ St. Paul
MISSISSIPPI
□ Jackson
MISSOURI
□ Kansas City
□ St. Louis
MONTANA
□ Billings*
□ Helena
NEBRASKA
□ Omaha
NEVADA
□ Las Vegas
□ Reno
NEW MEXICO
□ Albuquerque
NEW YORK
□ Albany*
□ Buffalo
□ New York City
□ Syracuse*
NORTH CAROLINA
□ Winston-Salem
NORTH DAKOTA
□ Bismarck*

OHIO
□ Cincinnati
□ Cleveland
□ Columbus
OKLAHOMA
□ Oklahoma City
OREGON
□ Portland
PENNSYLVANIA
□ Philadelphia
□ Pittsburgh
SOUTH CAROLINA
□ Columbia
SOUTH DAKOTA
□ Aberdeen*
TENNESSEE
□ Knoxville
□ Memphis
□ Nashville
TEXAS
□ Dallas
□ El Paso
□ Houston
□ Lubbock
□ San Antonio
UTAH
□ Salt Lake City
VERMONT
□ Burlington*
VIRGINIA
□ Richmond
□ Roanoke*
WASHINGTON
□ Seattle
□ Spokane
WEST VIRGINIA
□ Charleston
WISCONSIN
□ Milwaukee
WYOMING
□ Cheyenne*

Signature of Petitioner(s) or Counsel

10.15.2018
Date

T.C. FORM 5 (REV. 09/10)

**SERVED Oct 29 2018**

**UNITED STATES TAX COURT**

UNITED STATES
TAX COURT
RECEIVED
WASHINGTON, DC 20217

2018 OCT 22  AM 10: 07

BY: _____ DEPUTY CLERK

FILED
U.S. TAX COURT
STEPHANIE A. SERVOSS, CLERK

2018 OCT 22  AM 10: 22

BY: _____ DEPUTY CLERK

Eduard Thomas Kennedy,

_____ Petitioner (your name)

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No. _____

21004-18

## APPLICATION FOR WAIVER OF FILING FEE

1. Do you receive any money from any of the following sources?

    If "Yes", amount
    received per month:

    a.  Salary or wages                                      ☐ YES  _____  ☐ NO

    b.  Business, profession, or other self-employment       ☐ YES  _____  ☐ NO

    c.  Rent payments, interest, or dividends                ☐ YES  _____  ☐ NO

    d.  Pensions, annuities, or life insurance payments      ☐ YES  _____  ☐ NO

    e.  Disability or workers compensation payments          ☐ YES  _____  ☐ NO

    f.  Any other sources  ( 1 )                             ☒ YES  $1350          ☐ NO

2. Do you have any cash or checking or savings accounts?      ☒ YES    ☐ NO

    If "Yes", state the total amount. $100

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other thing of value?        ☐ YES     ☐ NO

    If "Yes", describe the property and state its value.

See Affidavit, Attached /enclosed

( 1 ) Social Security "Retirement "

1 of 2 —              (08/13)

**SERVED Oct 29 2018**

4. List the persons who depend on you for support (*if under 18, list initials only*), state your relationship to each person, and indicate how much you contribute to their support per month.

NO ONE.

5. Do you have any debts, financial obligations or other additional circumstances you want the Court to consider (~~such as incarceration~~) in deciding whether to waive the filing fee? If yes, describe the amounts owed and to whom they are payable and the other circumstances you want considered.

Defendant / Responent claims I owe debt. I deny this.

I declare under penalty of perjury that the above information is true and correct.

10·15·2018
_____
Date

S+ TKK 1 (Seal)
_____
Signature of Applicant

**Return the completed application to:**      **Office of Clerk of the Court**
**United States Tax Court**
**400 Second Street, NW**
**Washington, DC  20217**

# UNITED STATES TAX COURT
### WASHINGTON, DC 20217

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No. 21004-18. |
| | ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) |
| | ) |
| Respondent | ) |

## O R D E R

On October 22, 2018, petitioner filed an Application for Waiver of Filing Fee. Petitioner has not demonstrated financial inability to pay the Court's $60.00 filing fee. Accordingly, it is

ORDERED that petitioner's Application for Waiver of Filing Fee is denied. It is further

ORDERED that, on or before November 20, 2018, petitioner shall pay the Court's filing fee of $60.00. If the filing fee is not received by that date, this case may be dismissed.

Maurice B. Foley
Chief Judge

Dated:  Washington, D.C.
       October 30, 2018

**SERVED Oct 30 2018**

**US TAX COURT**
**RECEIVED**

**NOV 12 2018**
**4:21 PM**

**SD**



**US TAX COURT**
**eFILED**

**NOV 12 2018**

EDWARD THOMAS KENNEDY,

      Petitioner,

ELECTRONICALLY FILED

    v.

Docket No.   21004-18

COMMISSIONER OF INTERNAL REVENUE,

      Respondent

# PETITIONER'S RESPONSE TO ORDER DATED 10/30/2018

CERTIFICATE OF SERVICE

**SERVED Nov 12 2018**

UNITED STATES TAX COURT
WASHINGTON DC 20217


EDWARD THOMAS KENNEDY,

        Petitioner,

        v.

                      Docket No. 21004-18
                      Filed Electronically

COMMISSIONER OF INTERNAL REVENUE,

        Respondent.
`

Objection

1.     Edward Thomas Kennedy, (hereinafter "Petitioner"and /or "Kennedy") is one of the people of Pennsylvania, and in this court of record Objects to Order, signed by Maurice B. Foley on October 30, 2018 for it obstructs justice, and injures Kennedy in loss of rights.

TAKE JUDICIAL COGNIZANCE

2.     The United States Tax Court is a Court of Record and is not an administrative court.

3.     In a court of record, the Judge is suspended in issuing false Orders.

4.     The said Order herein is false.

5.     The Court and Its Jurisdiction is a follows: The United States Tax Court is a court of record established by Congress under Article I of the U.S. Constitution.

6.     Additionally, the Internal Revenue code designates:

26 U.S. Code § 7441 - Status "There is hereby established, under article I of the Constitution of the United States, a court of record to be known as the United States Tax Court. The members of the Tax Court shall be the chief judge and the judges of the Tax Court. The Tax Court is not an agency of, and shall be independent of, the executive branch of the Government.[1]

Date: November 12, 2018.

Respectfully submitted,

/s/ *Edward Thomas Kennedy*

_____

Edward Thomas Kennedy
401 Tillage Rd.
Breinigsville, PA 18031
415-275-1244 Telephone
570-609-1810 Facsimile
pillar.of.peace.2017@protonmail.com

---

[1] https://www.law.cornell.edu/uscode/text/26/7441

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the clerk of this court by

ECF on November 12, 2018.


Date: November 12, 2018.


/s/ *Edward Thomas Kennedy*

_____

Edward Thomas Kennedy

**US TAX COURT
RECEIVED**

**DEC 3 2018
10:41 AM**

**SD**

**US TAX COURT
eFILED**

**DEC 3 2018**



EDWARD THOMAS KENNEDY,

      Petitioner,

                              ELECTRONICALLY FILED

      v.                        Docket No.   21004-18

COMMISSIONER OF INTERNAL REVENUE,

      Respondent

# PETITIONER'S MOTION FOR RECUSAL OF JUDGE

CERTIFICATE OF SERVICE

UNITED STATES TAX COURT
WASHINGTON DC 20217


EDWARD THOMAS KENNEDY,

      Petitioner,

      v.

                    Docket No. 21004-18
                    Filed Electronically


COMMISSIONER OF INTERNAL REVENUE,

      Respondent.
`
          Notice and Motion to Recuse


Take Judicial Cognizance

    Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court

of record moves for an order granting his Motion for Recusal for Cause concerning the Judge

assigned to administrate this case, an Obama administration appointee.

    1.    The Supreme Court of the United States said that "Recusal is required when,

objectively speaking, 'the probability of actual bias on the part of the judge or decision maker is

too high to be constitutionally tolerable.'"[1]

    2.    Kennedy hereby now reasonably questions said Judges' impartially, and

respectfully wishes him to recuse from this case due to the long term, ongoing "birther"

---

[1] RIPPO v. BAKER, https://www.law.cornell.edu/supremecourt/text/16-6316#;
Rippo v. Baker, 137 S. Ct. 905 - Supreme Court 2017

controversy on the public record now very public among and concerning Barack Obama,

Michelle Obama, and President Donald J. Trump, for it is probable that Kennedy is injured by

the assigned Judges in loss of rights, for the assigned Judges were appointed by Barack Obama.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record

grant Plaintiff's Motion for Recusal for Cause and recuse!

Date: December 3, 2018

Respectfully submitted,

/s/ *Edward Thomas Kennedy*      (seal)

_____

EDWARD THOMAS KENNEDY

401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice and Motion to Recuse was served

upon the clerk of this court by ECF on December 3, 2018.

Date: December 3, 2018

/s/ *Edward Thomas Kennedy*

_____

Edward Thomas Kennedy

SD

US TAX COURT
eFILED

DEC 03 2018

EDWARD THOMAS KENNEDY,

          Petitioner,

                              ELECTRONICALLY FILED

      v.                       Docket No.   21004-18

COMMISSIONER OF INTERNAL REVENUE,

          Respondent

# PETITIONER'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE

**CERTIFICATE OF SERVICE**

**SERVED Dec 03 2018**

**US TAX COURT
RECEIVED**

**DEC 3 2018
10:44 AM**

SD



**US TAX COURT
eFILED**

**DEC 3 2018**

EDWARD THOMAS KENNEDY,

      Petitioner,

                    ELECTRONICALLY FILED

      v.

                    Docket No.   21004-18

COMMISSIONER OF INTERNAL REVENUE,

      Respondent

# PETITIONER'S MEMORANDUM MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION       TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE

CERTIFICATE OF SERVICE

**SERVED Dec 03 2018**

UNITED STATES TAX COURT
WASHINGTON DC 20217


EDWARD THOMAS KENNEDY,
                Petitioner,

        v.

                                            Docket No. 21004-18
                                            Filed Electronically

COMMISSIONER OF INTERNAL REVENUE,
                Respondent. `


Memorandum of Points and Authorities in Support of Plaintiff's Motion
to Compel Assigned Judge to Recuse for Cause[1]


Take Judicial Cognizance
Take Judicial Notice

1.      Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, in this

court of record, wishes the Chief Judge assigned to administrate this case to recuse from the

case for cause pursuant to 28 U.S.C. § 455(a). Pursuant to 28 U.S.C. § 455(a), recusal is

mandatory in "any proceeding in which his impartiality might reasonably be questioned."[2]

2.      In this court of record, the Judge is automatically suspended and has trespassed

on Kennedy complaints in a previous case.

3.      Kennedy reasonably questions judicial impartiality of the judge in this case

due to controversy concerning the birth and thus legitimacy of the Presidency of Barack Obama.[3]

---

[1] recusal is mandatory

[2] RIPPO v. BAKER, https://www.law.cornell.edu/supremecourt/text/16-6316#, and see also Rippo v. Baker, 137 S. Ct. 905 - Supreme Court 2017, link here: https://scholar.google.com/scholar_case?case=16357450812613744876&q=RIPPO+v.+BAKER,+&hl=en&as_sdt=6,39

[3] Said Chief Judge Foley was re-appointed by President Barack Obama on November 25, 2011.

4.    Kennedy reasonably questions said said Judges' impartially, for he is an Obama re-appointee,  and respectfully wishes him to recuse from this case due to the long term, ongoing "birther"controversy on the public record among Barack Obama, Michelle Obama, and Donald J. Trump, for it is probable Kennedy is injured by the Obama administration, reappointed, Judge.

5.    According to Politico, Michelle Obama said, 'I'd never forgive' Trump for promoting birther conspiracy.[4]

6.    President Trump recently said, "I guess she wrote a book. She got paid a lot of money to write a book," the president said. "And they always insist that you come up with controversial — well, I'll give you a little controversy back. I'll never forgive him for what he did to our United States military. By not funding it properly, it was depleted."

7.    Donald J. Trump raised questions about President Barack Obama's citizenship, and Michelle Obama, the wife of Barack Obama, continues the controversy in public.[5]

8.    In the past, Donald J. Trump supported the rumors that Obama wasn't born in America, saying he's a "little" skeptical of Obama's citizenship and that every so- called birther who shares the view shouldn't be so quickly dismissed as an "idiot." "Growing up no one knew him," Trump told ABC's "Good Morning America" during an interview aboard his private plane, Trump Force One. "The whole thing is very strange."[6]

9.    Today, Donald J. Trump is now President of the United States.

---

[4] https://www.politico.com/story/2018/11/09/michelle-obama-trump-birther-978810
[5] In Her New Book, Michelle Obama Denounces Trump's Sexism and His Promotion of the 'Birther' Conspiracy, By Alexandra Alter, Nov. 9, 2018, link here:
https://www.nytimes.com/2018/11/09/books/michelle-obama-book-becoming.html
[6] https://www.politico.com/story/2011/03/donald-trump-birther-051473

10.    The power of the Executive Branch is vested in the President of the United States, who also acts as head of state and Commander-in-Chief of the armed forces.

11.    Kennedy also notices this court of General Orders No. 100 : The Lieber Code[7] and Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military concerning Law vs Criminal Law.[8]

12.    President Trump is responsible for implementing and enforcing the laws written by Congress, and this court has no authority or jurisdiction to make law.

13.    The country is a republic, and not a judicial dictatorship.

14.    The Constitution lists only three qualifications for the Presidency — the President must be 35 years of age, be a natural born citizen, and must have lived in the United States for at least 14 years.

15.    In March 2011, during an interview on Good Morning America, Donald Trump said that he was a "little" skeptical of Obama's citizenship, and that someone who shares this view should not be so quickly dismissed as an "idiot" (as Trump considers the term "birther" to be "derogatory". Trump added, "Growing up no one knew him". [9] (emphasis added)

16.    In an NBC TV interview broadcast on April 7, 2011, Trump said he would not let go of the issue, because he was not satisfied that Obama had proved his citizenship.[10]

---

[7] http://avalon.law.yale.edu/19th_century/lieber.asp
[8] link here: https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s., Case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here:http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.
[9] http://www.politico.com/news/stories/0311/51473.html
[10] 15.    Trump also appeared on television on The View and repeated several times that "I

17.    Kennedy notices the court of an ongoing legitimacy, controversy surrounding Obama which supports his motion for said judge to recuse, and Kennedy is also a "little" skeptical of Obama's citizenship.

18.    Recuse herein means said judge as unacceptable to be a judge in this case and is mandatory under US law, and the Law of the Case, Exhibit 1, filed in this case.

18.    Summary: Pursuant to 28 U.S.C. § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Kennedy reasonably questions said Judges' impartially, and respectfully wishes him to recuse from this case due to the current, long term, ongoing "birther"controversy on the public record public among Barack Obama, Michelle Obama, and President Donald J. Trump, for it is probable Kennedy may be injured by the assigned Judges, Barack Obama administration re-appointees, in loss of rights.


Date: December 3, 2018

Respectfully submitted,

*/s/ Edward Thomas Kennedy*        seal
_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
pillar.of.peace.2017@protonmail.com
Phone: 4152751244 (message)

---

want him [Obama] to show his birth certificate." He speculated that "there [was] something on that birth certificate that [Obama] doesn't like".

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum of Points and Authorities in Support of Plaintiff's Motion to Compel Assigned Judge to Recuse for Cause[11] was served upon the clerk of this court by ECF on December 3, 2018


/s/ *Edward Thomas Kennedy (seal)*

_____

Edward Thomas Kennedy

Date: December 3, 2018

---

[11] recusal is mandatory

8

SD

US TAX COURT
eFILED

DEC 03 2018

EDWARD THOMAS KENNEDY,
       Petitioner,

                                 ELECTRONICALLY FILED

       v.

                                 Docket No.   21004-18

COMMISSIONER OF INTERNAL REVENUE,
       Respondent

# PETITIONER'S EXHIBIT(S) TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE

**SERVED Dec 03 2018**

**US TAX COURT
RECEIVED**

**DEC 3 2018
10:46 AM**

**SD**



**US TAX COURT
eFILED**

**DEC 3 2018**

EDWARD THOMAS KENNEDY,

      Petitioner,

                                  ELECTRONICALLY FILED

      v.

                                    Docket No.   21004-18

COMMISSIONER OF INTERNAL REVENUE,

      Respondent

# PETITIONER'S MEMORANDUM IN SUPPORT OF MEMORANDUM MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE

**SERVED Dec 03 2018**

# Exhibit 1 LAW OF THE CASE

The law is decreed by the sovereign. This court decrees Judicial Cognizance,[1] and decrees as follows:

1.    Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. (See the use of dictionaries in the Supreme Court of the United States, by Kevin Werbach Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994). When the word law is used in the US Constitution, they mean the common law.

2.    In a court of record, a judge has no discretion.  Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. An "attorney at law" means one who practices common law. (notwithstanding the fact that modern attorneys ignore the subject).  An "attorney in equity" is one who practices before an equity court.

3.    Absolute Judicial immunity is a myth. A Judge does not have absolute immunity. Judicial immunity does not apply when the following conditions exist:

a. when he is performing a non-judicial act, or

b. when he acts in the complete absence of all jurisdiction.

4.    Statutes are expressions of will from the legislature.  To maintain confusion, Bar members append the word "law" to it.  Naturally, one is supposed to then believe that statutory law is the same as and equal to common law (it isn't!).  There is no legislative foundation for any Bar member to "practice" law.

5.    Codes are nothing more than a collection of statutes and other rules arranged by subject instead of being arranged by date. Law beats statutes; statutes beat codes.

6.    The California 1879 Constitution defines all California courts to be courts of record.  California Government code says in two statutes: The people of this state do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.[2]

7.    Commonwealth of Pennsylvania maintains confusion and deception with multiple versions of its Constitution. Commonwealth of Pennsylvania has had five versions of constitutions 1776, 1790, 1838, 1874, and 1968.[3]

8.    "Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law," (Preamble - Universal Declaration of Human Rights)

9.    Nisi Prius is defined as: "a court where civil actions are tried by a single judge

---

[1] Judicial cognizance. See Judicial. The term also applies to a power granted by the king to a city or town to hold pleas within it. 11 East, 543; 1 W. Bla. 454; 3 Bla.Com. 298. An acknowledgment by defendant or deforciant in fine that the land belongs to, or is the right of, the complainant, 12 Ad. & El. 259. An answer in replevin, by which defendant acknowledges taking of the goods and want of title, but justifies on ground that the taking was by command of one entitled to the property. Lawes, Pl. 35; 2 Bla.Com. 350. Inhabitants of Sturbridge v. Winslow. 21 Pick., Mass., 87; Noble v. Holmes, 5 Hill, N.Y., 194.

[2] California Government Code - 11120 and 54950.

[3] See John J. Kennedy, Pennsylvania Government and Politics, 1st Edition, Cognella publisher, 2018. Chapter 3, pages 79 to 90.

## Exhibit 1 LAW OF THE CASE

sitting with a jury, as distinguished from an appellate court." This means the nisi prius court is a Trial Court which of course is where the facts of a case are discovered. A nisi prius court is a "court of no record," but a record is kept in a trial court. The mere keeping of a record does not qualify any court to be a court of record.

10.    Black's Law Dictionary, Fifth Edition, contributes to the confusion by listing only two of the four requirements for a court to qualify as a court of record. For the full explanation, see https://www.1215.org/lawnotes/lawnotes/courtrec.htm.

11.    In California, all courts are named as courts of record. However, if in an individual case they are not operated as courts of record, then they don't qualify as such. It takes more than a name to make a court of record. Even though a court may be keeping a record, it is a court of no record if it does not conform to the remaining three requirements for a lawful court of record.

12.    A court of record is a court which must meet the following criteria:
1. generally has a seal
2. power to fine or imprison for contempt
3. keeps a record of the proceedings
4. proceeding according to the common law (not statutes or codes)
5. the tribunal is independent of the magistrate (judge)

Notice that a judge is a magistrate and is not the tribunal, and the tribunal is either the sovereign himself, or a fully empowered jury (not a jury paid by the government).

13.    Black's Law Dictionary's omissions are subtle but one can recombine the information and get to the real meaning of terms such as "nisi prius".

14.    "Nisi prius" is a Latin term. Individually, the words mean thus:
"Prius" means "first." For example, "Prius vitiis laboravimus, nunc legibus" means "We labored first with vices, now with laws." Quoted from Black's Law Dictionary, Fifth Edition. "Nisi" means "unless." Quoting from B.L.D., 5th Ed.: "The word is often affixed as a kind of elliptical expression, to the words 'rule,''order,' 'decree,' 'judgment,' or 'confirmation,' to indicate that the adjudication spoken of is one which is to stand as valid and operative unless he party affected by it shall appear and show cause against it, or take some other appropriate step to avoid it or procure its revocation."

15.    "Nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

16.    It is a matter of right that one may demand to be tried in a <u>court of record</u> as defined herein. By sheer definition, that means that the court must proceed according to the common law (not the statutory law). The only way that a court can suspend that right is by the prior agreement of the parties.

17.    For tactical reasons, Commonwealth of Pennsylvania and/or the state and/or State, prefers to proceed according to statutory law rather than common law. The only way it can do that is to obtain the prior agreement from the parties. That is the primary (but hidden) purpose of the arraignment procedure.

18.    During arraignment choices for pleading are only guilty, not guilty, nolo contendere, but all three choices lead to the same jurisdiction, namely a statutory jurisdiction, not a common law jurisdiction. That is to say, the question to be decided is whether or not the statute was violated, not whether the common law was violated.

**Exhibit 1 LAW OF THE CASE**

19.    The dictionary does not lie in its definition of a nisi prius court but it does omit some important information.  Namely, that it is a court that has been set up by prior agreement assumed because when the three statutory options [guilty, not guilty, nolo contendere] were presented to the defendant he chose one.  He thus failed to enforce his right to be prosecuted in a court of record.

20.    Once the agreement (as evidenced in the arraignment proceeding) has been secured, the court proceeds under statutory authority.  Now the court ceases to be a court of record and becomes a court of no record by prior lack of objection, i.e. by prior agreement implied by failure to object.

21.    Naturally, after securing the agreement, a nisi prius court can move on to examine the facts with a judge and jury, etc. etc.

22.    The criminal court is an inferior court because it is operating according to special rules (criminal code) and not according to the common law. Even if its name is "Superior Court of ....." it is still an inferior court so long as it is operating according to some code or statutes rather than the common law. On the other hand, a court of record, so long as it meets the criteria, is a true superior court. The decisions and proceedings of an inferior court are not presumed to be valid. The inferior court can be sued in a superior court (that's called a "collateral attack"). In other words, the superior court (court of record) out ranks the inferior court not of record."

23.    Government Manipulation of Language. The first "trick" of the Government is the re-definition of certain critical words in each Statute (Act) The Government assumes the ordinary meaning of the word so as to trick the public into reading and interpreting the Statute in their favour. Here is a summary of some of the Trick Words. Two keywords that are re-defined in almost every Statute are the words "person" and "individual". There are at least two "person" in law:    A natural-person is a legal entity for the human-being.

An artificial-person is a legal entity that is not a human being. (Here are the exact definitions from Barron's Canadian Law Dictionary, fourth edition (ISBN 0-7641-0616-3): natural person. A natural person is a human being that has the capacity for rights and duties. artificial person. A legal entity, not a human being, recognized as a person in law to whom certain legal rights and duties may attached - e.g. a body corporate.)

24.    The natural-person has the "capacity" (i.e. ability) for rights and duties, but not necessarily the obligation. The artificial-person has rights and duties that may be attached (i.e. assigned) by laws.

25.    The second "trick" of the Government is to use the Interpretation Act to define words that apply to all Statutes, unless re-defined within a particular Statute. Without this knowledge, one could assume the ordinary meaning for the words one is reading, not realizing that they may have been defined by the Interpretation Act. Unless these words have been re-defined in another Statute, the underlying definitions for the two most important words still apply, either from the Interpretation Act, or the Canadian Law Dictionary.

Basically, they are defined as follows:

a.    from the Canadian Law Dictionary one can find that:
individual means a natural person,

b.    from the Income Tax Act find the re-definition:
individual means an artificial person.

# Exhibit 1 LAW OF THE CASE

c.      from the Canadian Law Dictionary find that:

person means an individual (natural person) or incorporated group (artificial person),

d.      from the Interpretation Act find the re-definition:

person means a corporation (an artificial- person),

e.      from the Income Tax Act find the re-definition again:

person means an artificial person (amongst other things).

26.     In the Canadian Human Rights Act, one can see how individual and person are used and how they are applied to natural and artificial persons.

27.     The third "trick" of the Government is to use the word "includes" in definitions instead of using the word "means". They do this in some critical definitions that they want misinterpreted. If they used "means" instead of "includes" then their deception would be exposed, but by using "includes" they rely upon the reader to assume that "includes" expands the definition, whereas in reality it restricts the definition in the same manner that "means" restricts the definition.

28.     Here is a means definition of the word "person" from the Bank Act:

person means a natural person, an entity or a personal representative;

29.     Here is an includes definition of the word "person" from the Interpretation Act:

person, or any word or expression descriptive of a person, includes a corporation

To expose their deception, substitute the word means or any word or expression descriptive of a person, means a corporation (viz. artificial-person)

30.     Both "means" and "includes" are restrictive in scope because they only encompass part of the whole. Typically they are used in the following form:

person means A or B or C (and nothing else).

person includes A and B and C (and nothing else).

31.     From the above example, one sees the logical difference. The list that follows means is constructed using "or", whereas the list that follows includes is constructed using "and".

32.     There is a Legal Maxim that supports the restriction of "includes" which is as follows: Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another.

The definition of the word include is key to understanding the potential loss of the natural-person. This is the major trick used by the Government in an attempt to take away natural-person rights. Unless this is known one voluntarily forfeits rights.

33.     The fourth "trick" of the Government is to modify how the word "includes" is used in order to make an expansion in the definition when such expansion is required. This "trick" helps add confusion to the use of "includes" convincing most readers that "includes" should always be expansive rather than limiting. Here are some legitimate ways in which "includes" is modified to become expansive rather than restrictive:

also includes, and includes, includes, without limitation, including, including but not limited to

34.     The expansive definitions usually take the following form:

person means A or B or C and includes D. (A,B, C and D). However, there is also a possibility that "and includes" is restrictive in some constructions. There are some people investigating this possibility right now. Their logic is demonstrated by the following example of a definition that states: province means a province of Canada and includes Ontario and Quebec.

So, if one presumes that "and includes" does provide expansion then one must ask why Ontario and Quebec had to be specifically mentioned when they are already part of a so-called province.

# Exhibit 1 LAW OF THE CASE

35.    The above construction clearly defines the scope of what is meant by province, that is a province of Canada (it does not say which one), and includes only Ontario and Quebec (compiled from a list of two from the original scope of all provinces). In this construction means provides the scope of the definition and includes provides the list of what is actually included in the definition.

36.    The foregoing analysis is one interpretation, but is not the only interpretation. The use of "includes" in statutory definitions can be argued both ways and is the backbone of understanding interpretations.

37.    With the presumption that "and includes" is restrictive, then we must take a very close look at the following definition, taken from the Interpretation Act:

province means a province of Canada and includes the Yukon Territory, the Northwest Territories and Nunavut .

38.    With this presumption what is stated is: unless another statute re-defines province, the default definition of province only includes the Yukon Territory, the Northwest Territories and Nunavut.

39.    So in order to not become absurd, we must allow for "and includes" to be expansive, however more work needs to be done on this subject before placing the last nail in the coffin, so to speak.

40.    Barron's Canadian Law Dictionary does not provide definitions for "include" or "means" therefore we have to look in the next source for the definitions.

41.    From Black's Law Dictionary, fourth edition, here is the definition for the word "include":

include. To confine within, hold as in an enclosure, take in , attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Including may, according to context, express an enlargement and have the meaning of and or in addition to, or merely specify a particular thing already included within general words heretofore used.

inclose. To surround; to encompass; to bound; fence, or hem in, on all sides.

It is stated in the above definition that the verb include is clearly restrictive and only has limited scope. On the other hand the participle,including (but not limited to) enlarges the scope.

42.    Therefore the conclusion is that when used in a definition, include does not expand the existing definition of the word it is attempting to define.

43.    It is easy to be confused because one naturally assumes the existing definition of the word, then assume include means to add this new interpretation to the existing assumed definition of the word. Our assumptions fail us in this case.

44.    For the Doubting Thomas: If one looks into any statute, one will be able to find a definition that uses the word includes and attempts to broaden the scope of that word to include the ordinary meaning, find that the statute will break down because it will not be able to support the inclusion of the ordinary meaning of the word.

45.    The breakdown usually occurs when slavery is invoked.

46.    Courts may be classified and divided according to several methods, the following being the more usual: COURTS OF RECORD and COURTS NOT OF RECORD.

47.    The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt.  Error lies to their judgments, and they generally possess a seal.

## Exhibit 1 LAW OF THE CASE

48.    Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded.  See 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

49.    A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial.  See Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y.

50.    CONFIRMATIO CARTARUM, (conforming charter) October 10, 1297, **By Edward, King of England**, reaffirms that the Magna Carta may be pleaded as the Common Law before a court.

This links the Magna Carta to the Common Law.

The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta.

( See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated College Presses, 32 Washington Place, New York 3, New York.).

51.    The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4).

52.    No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

53.    The definition of sovereignty retains the meaning it had at the time the US Constitution was formed. Who is the Tribunal? Answer: The sovereign, the ultimate Judge.

54.    ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp 471-472.]

55.    The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

56.    Where rights secured by the Constitution are involved, there can be no rulemaking or legislation which would abrogate them. [Miranda v. Arizona, 384 US 436, 491.]

57.    There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [Sherer v. Cullen, 481 F 946.]

58.    Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

59.    The Commonwealth of Pennsylvania is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land. Notice and see Pennsylvania Constitution, all versions.

## Exhibit 1 LAW OF THE CASE

60.    This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [Constitution for the United States of America, Article VI, Clause 2.]

61.    Conspiracy against rights:  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 241]

62.    Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 242]

63.    COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [4]

64.    COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [5]

65.    COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

---

[4] Black's Law Dictionary, 5th Edition, page 318.
[5] Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070;
Black's Law Dictionary, 4th Edition, page 425.

# Exhibit 1 LAW OF THE CASE

A. A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

B. Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

C. Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

D. Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

E. Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

66.    The following persons are magistrates: ...The judges of the superior courts.... [California Penal Code, Sec. 808.] ...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law.... [Confirmatio Cartarum, November 5, 1297, Sources of Our Liberties Edited by Richard L. Perry, American Bar Foundation]

67.    Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court.  [Magna Carta, Article 34].

68.    If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such decision does not affect the validity of any other portion of this action.

69.    The singular includes the plural and the plural the singular. The word people is both singular and plural.

70.    The present tense includes the past and future tenses; and the future, the present.

71.    The masculine gender includes the feminine and neuter.

72.    We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

73.    Through the courts, Plaintiff Kennedy encourages the government to obey the law.

## Exhibit 1 LAW OF THE CASE

75.    Edward Thomas Kennedy, Plaintiff, is one of the people and in the court of record, wishes and demands individual defendants, and/or their counsel, to reply and testify, affirm, and/or declare under penalty of perjury to his complaint.

76.    The Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law. Warnock v. Pecos County, 88 F.3d 341 (5th Cir. 07/08/1996), Ex parte Young, 209 U.S. 123, 155-56, 52 L. Ed. 714, 28 S. Ct. 441 (1908); Edelman v. Jordan, 415 U.S. 651, 664, 39 L. Ed. 2d 662, 94 S. Ct. 1347 (1974); Brennan v. Stewart, 834 F.2d 1248, 1252 (5th Cir. 1988).

77.    No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of receipts and expenditures of all public money shall be published from time to time." [6]

78.    The Constitution of the United States of America, Article II Section 2. "The judicial power shall extend to all cases, in law and equity,[7] arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more statests; between a state and citizens of another ate;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed."

79.    Charter for the Province of Pennsylvania-1681.[8]

80.    Penn's Charter of Liberty - April 25, 1682.[9]

81.    Charter of Privileges Granted by William Penn, esq. to the Inhabitants of Pennsylvania and Territories, October 28, 1701.[10]

82.    Constitution of Pennsylvania - September 28, 1776.[11]

83.    Small points of the law are not law.

---

[6] Article I, Section 9, Clause 7, U.S. Constitution,  link here
https://constitution.solari.com/the-appropriations-clause-a-history-of-the-constitutions-as-of-yet-underused-clause/
[7] Law here means common law.
[8] http://avalon.law.yale.edu/17th_century/pa01.asp
[9] http://avalon.law.yale.edu/17th_century/pa03.asp
[10] http://avalon.law.yale.edu/18th_century/pa07.asp
[11] http://avalon.law.yale.edu/18th_century/pa08.asp

# Exhibit 1 LAW OF THE CASE

84.     Trespass means injury committed with force, actual or implied; immediate and not consequential; if property involved, then property was in actual or constructive possession of plaintiff at time of injury. Source:  Koffler: Common Law Pleading, 152 (1969)

85.     Trespass on the Case – In practice, means  the form of action by which a person seeks to recover damages caused by an injury unaccompanied with force or which results indirectly from the act of the defendant.  It is more generally called, simply, case.  Source: 2 Bouvier's Law Dictionary 610 (1867).

86.     "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty." CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL 1793 pp 471-472.

87.     The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Through the medium of their Legislature they may exercise all the powers which previous to the Revolution could have been exercised either by the King alone, or by him in conjunction with his Parliament; subject only to those restrictions which have been imposed by the Constitution of this State or of the U.S.Lansing v. Smith, 21 D. 89., 4 Wendel 9 (1829) (New York)
"D." = Decennial Digest, Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89
10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 1`67; 48 C Wharves Sec. 3, 7. NOTE: Am.Dec.=American Decision, Wend. = Wendell (N.Y.)

88.     Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here:
https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s.
Case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here:
http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

89.     California Government Code Sections 11120 and 54950 contain strong statements about the sovereignty of the people.

90.     CALIFORNIA CODES GOVERNMENT CODE SECTION 54950-54963 54950. In enacting this chapter, the Legislature finds and declares that the public commissions, boards and councils and the other public agencies in this State exist to aid in the conduct of the people's business. It is the intent of the law that their actions be taken openly and that their deliberations be conducted openly. The people of this State do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.

91.     CALIFORNIA CODES GOVERNMENT CODE SECTION Section 11120: It is the public policy of this state that public agencies exist to aid in the conduct of the people's business and the proceedings of public agencies be conducted openly so that the public may remain informed. In enacting this article the Legislature finds and declares that it is the intent of the law that actions of state agencies be taken openly and that their deliberation be conducted openly. The people of this state do not yield their sovereignty to the agencies which serve them.

## Exhibit 1 LAW OF THE CASE

The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created. This article shall be known and may be cited as the Bagley-Keene Open Meeting Act.

92.    SCOTUS recognizes personal sovereignty, June 16, 2011. https://www.supremecourt.gov/opinions/13pdf/12-158_6579.pdf.

93.    CONSTITUTIONAL PREAMBLES

Constitution for the United States of America: We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

1849 California Constitution: WE the people of California, grateful to Almighty God for our freedom: in order to secure its blessings, do establish this Constitution.

1879 State of California Constitution: We, the People of the State of California, grateful to Almighty God for our freedom, in order to secure and perpetuate its blessings, do establish this Constitution.

In all three constitutions (and the constitution of any real republic) the operative word is "establish." The People existed in their own individual sovereignty before the constitution was enabled. When the People "establish" a constitution, there is nothing in the word "establish" that signifies that they have yielded any of their sovereignty to the agency they have created. To interpret otherwise would convert the republic into a democracy. Also, see the legislated notice from the People to the government written in the California Government Codes 11120 and 54950 quoted herein.

94.    To deprive the People of their sovereignty it is first necessary to get the People to agree to submit to the authority of the entity they have created. That is done by getting them to claim they are citizens of that entity (see Constitution for the U.S.A., XIV Amendment, for the definition of a citizen of the United States.)

95.    14 C.J.S. 426, 430 The particular meaning of the word "citizen" is frequently dependent on the context in which it is found [12], and the word must always be taken in the sense which best harmonizes with the subject matter in which it is used.[13] One may be considered a citizen for some purposes and not a citizen for other purposes, as, for instance, for commercial purposes, and not for political purposes.[14] So, a person may be a citizen in the sense that as such he is entitled to the protection of his life, liberty, and property, even though he is not vested with the suffrage or other political rights.[15]

96.    SOVEREIGNTY Black's Law Dictionary, Fourth Edition

The power to do everything in a state without accountability,--to make laws, to execute and to apply them, to impose and collect taxes and levy contributions, to make war or peace, to form

---

[12] Cal.--Prowd v. Gore, 2 Dist. 207 P. 490. 57 C.A. 458.

[13] Cal.--Prowd v. Gore. 2 Dist. 207 P. 490. 57 C.A. 458. La.--Lepenser v Griffin, 83 So. 839, 146 La. 584 N.Y.--Union Hotel Co. v. Hersee, 79 N.Y. 454.

[14] U.S.--The Freundschaft, N.C., 16 U.S. 14, 3 Wheat. 14, 4 L.Ed. 322 --Murray v. The Charming Betsy, 6 U.S. 64, 2 Cranch 64, 2 L.Ed. 208 Md.--Risewick v. Davis, 19 Md. 82 Mass.--Judd v. Lawrence, 1 Cush 531.

[15] Mass.--Dillaway v. Burton, 153 N.E. 13, 256 Mass. 568.

# Exhibit 1 LAW OF THE CASE

treaties of alliance or of commerce with foreign nations, and the like. Story, Const. Sec 207 Sovereignty in government is that public authority which directs or orders what is to be done by each member associated in relation to the end of the association. It is the supreme power by which any citizen is governed and is the person or body of persons in the state to whom there is politically no superior. The necessary existence of the state and that right and power which necessarily follow is "sovereignty." By "sovereignty in its largest sense is meant supreme, absolute, uncontrollable power, the absolute right to govern. The word which by itself comes nearest to being the definition of "sovereignty" is will or volition as applied to political affairs.[16]

STATE Black's Law Dictionary, Fourth Edition

A People permanently occupying a fixed territory bound together by common-law habits and custom into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things within its boundaries, capable of making war and peace and of entering into international relations with other communities of the globe. [17]

97.    In concluding his list of grievances against the Parliament and crown, Jefferson used a reference to natural rights that was to be the core of the Declaration of Independence he drafted two years later: . . . That these are our grievances which we have thus laid before his majesty, with that freedom of language and sentiment which becomes a free people claiming their rights, as derived from the laws of nature, and not as the gift of their chief magistrate.[18]

98.    "In *Chisholm*, the Justices of the Supreme Court rejected Georgia's claim to be sovereign. They concluded instead that, to the extent the term "sovereignty" is even appropriately applied to the newly-adopted Constitution, it rests with the people, rather than with state governments."[19]

99.    A person may be a citizen for commercial purposes and not for political purposes." [20]

100.    What is a court?

Kennedy's answer is about the substantive definition of a court. For form, legal, and dictionary definitions, see Court of Record. Most modern attorneys will tell you that a court is a forum where litigants may take problems for resolution. Others will tell you that the terms "court" and "judge" are interchangeable. Then there are the various dictionary definitions. But, here is the real substance of a court:

A court is a stage upon which the sovereign conducts his show

so as to satisfy the rest of the world that his decision is a good one. The modern concept of a court is based on the ancient English traditions. To best understand it, imagine how things were in the 12th century. The king was the sovereign. On his throne by Divine Right, he was the

---

[16] City of Bisbee v. Cochise County, 52 Ariz. 1, 78 P.2d 982, 986.

[17] United States v. Kusche, D.C.Cal., 56 F.Supp. 201, 207, 208. The organization of social life which exercises sovereign power in behalf of the people. Delany v. Moraitis, C.C.A.Md., 136 F.2d 129, 130.

[18] https://www.loc.gov/teachers/classroommaterials/connections/thomas-jefferson/history3.html

[19] In re Chisholm v. Georgia, 2 U.S. (Dall.) 419 (1793).  CITE:  Barnett, Randy E., The People or The State?: Chisholm V. Georgia and Popular Sovereignty. Virginia Law Review, Vol. 93; Georgetown Public Law Research Paper No. 969557. Available at SSRN: http://ssrn.com/abstract=969557.

[20] Field v. Adreon, 7 Md. 209.

## Exhibit 1 LAW OF THE CASE

source of all law. So went the theory. But the king was as vulnerable to death as was anyone else.

Consider this scenario:
The king is sitting on his throne, gazing out the window, surveilling his kingdom. He notices one of the knaves stealing oranges from his favorite orange tree. No problem. Guards are summoned and instructed to incarcerate the knave for a month in the castle dungeon.

There you have all the elements of basic court procedure: jurisdiction, evidence, accusation, judgment, punishment. The king had the jurisdiction; he had personally seen the violation of his rules (the evidence), then he rendered and executed the judgment. Theoretically, that is all that is needed.

As a practical matter, there is more to the story.

In this case the criminal's brother happens to be the king's chief cook. The cook takes a day off to visit the dungeon. The prisoner complains about the injustice of it all, that he meant no harm, that he didn't do it, and that the king was totally unfair. Mr. Cook, enraged by his brother's story, promises to help. That evening the king dies from a slight overdose of arsenic (that's how the nobility solved problems in those days).

The arsenic factor is what led to our modern court system. The royalty of that period realized that they were vulnerable, so they devised a trial system which would encourage others to not take it out on the king. This resulted in a

new scenario:
The king is sitting on his throne, gazing out the window, surveilling his kingdom. He notices that one of the knaves is stealing oranges from his favorite orange tree. No problem. He summons the guards and instructs them to bring the knave before the court. Papers are drawn up and a formal accusation is published for the world to see. A future date is set, and the knave is given an opportunity to round up defensive evidence and witnesses as well as a king-trained, tested, and licensed defense attorney.

On the appointed day, the king's representative publicly announces the accusations, the defendant publicly states his innocence and the reasons therefor. Great argument is heard for both sides, and the king renders his judgment: 30 dungeon days. Attending the trial are the various court officers: judge, counsellors, marshall, court reporter, court jester, court clerk, and the various courtiers who invariably attach themselves to the seat of power. Among them all is the prisoner's brother, the king's chief cook.

On visiting day at the dungeon, the criminal complains on deaf ears. Brother chief cook says, "Sorry Bro. I was at the trial. I saw the evidence, I saw that you had an opportunity to defend, and I saw that the judgment was according to law. Even if the judgment was in error, the procedure was fair. There is nothing I can do for you."

# Exhibit 1 LAW OF THE CASE

The king's show was a success! Because of public judicial procedure he is guaranteed a long arsenic-free life, even though there was no difference in the final outcome. In the first scenario the king acted according to theory. In the second scenario the king acted with prudent life-extending considerations.

Modern courts

Modern court procedure still adheres to the traditions of the past. You can see this in the various rules, statutes, and canons. For example, in Canon 2 of the CODE OF JUDICIAL CONDUCT it is well understood that "A judge shall comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary." There is no specific requirement that he actually have integrity and impartiality beyond that minimum required by law; only that the judge should act in a manner that promotes that image. Maintaining image while protecting sovereign interests is probably the most important function of a court. The actual effectiveness of a government court in meting out justice has been questioned.

101.    Lieber Code

The Lieber Code of April 24, 1863, also known as Instructions for the Government of Armies of the United States in the Field, General Order № 100,[1][2] or Lieber Instructions, was an instruction signed by US President Abraham Lincoln to the Union Forces of the United States during the American Civil War that dictated how soldiers should conduct themselves in wartime.[21]

102.    18 U.S. Code § 2384 - Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, § 1, 70 Stat. 623; Pub. L. 103–322, title XXXIII, § 330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

103.    18 U.S. Code § 2381 - Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

104.    Executive Order 11110 AMENDMENT OF EXECUTIVE ORDER NO. 10289, John F. Kennedy, President of the United States.[22]

---

[21] http://avalon.law.yale.edu/19th_century/lieber.asp

[22] Executive Order 11110  Amendment of Executive Order No. 10289, as amended, relating to the performance of certain functions affecting the Department of the Treasury, Signed: June 4, 1963 Federal Register page and date: 28 FR 5605; June 7, 1963. Amends: EO 10289, September 17, 1951

# UNITED STATES TAX COURT
Washington, D.C. 20217
December 6, 2018

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) Docket No. | 21004-18. |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF DOCKET CHANGE

The document filed by Petitioner Edward Thomas Kennedy on December 3, 2018, titled MEMORANDUM MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION        TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE has been corrected as stated below.

- The document and the docket entry text have been corrected to show the title of the document as a memorandum of Points and Authorities in Support of Plaintiff's Motion to Compel Assigned Judge to Recuse for Cause.

Stephanie A. Servoss
Clerk of the Court

**SERVED Dec 06 2018**



# UNITED STATES TAX COURT
Washington, D.C. 20217
December 6, 2018

EDWARD THOMAS KENNEDY,　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　　　) Docket No.　　21004-18.
　　　　　　　　　　　　　　　　　　　　　)
COMMISSIONER OF INTERNAL REVENUE,　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Respondent　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)

## <u>NOTICE OF DOCKET CHANGE</u>

The document filed by Petitioner Edward Thomas Kennedy on December 3, 2018, titled MEMORANDUM IN SUPPORT OF MEMORANDUM MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ASSIGNED JUDGE TO RECUSE FOR CAUSE has been corrected as stated below.

- The title of the document has been changed to show the title as an exhibit(s) to memorandum of Points and Authorities in Support of Plaintiff's Motion to Compel Assigned Judge to Recuse for Cause.

Stephanie A. Servoss
Clerk of the Court

**US TAX COURT
RECEIVED**

**DEC 3 2018
10:41 AM**

SD



**US TAX COURT
eFILED**

**DEC 3 2018**

EDWARD THOMAS KENNEDY,

      Petitioner,

                             ELECTRONICALLY FILED

     v.

                             Docket No.   21004-18

COMMISSIONER OF INTERNAL REVENUE,

      Respondent

# PETITIONER'S MOTION FOR RECUSAL OF JUDGE

CERTIFICATE OF SERVICE

**US TAX COURT
D E N I E D**

**DEC 10 2018**

**JUDGE**

**SERVED Dec 10 2018**

UNITED STATES TAX COURT
WASHINGTON DC 20217


EDWARD THOMAS KENNEDY,

      Petitioner,

      v.

                             Docket No. 21004-18
                             Filed Electronically


COMMISSIONER OF INTERNAL REVENUE,

      Respondent.
`
         Notice and Motion to Recuse


Take Judicial Cognizance

      Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court

of record moves for an order granting his Motion for Recusal for Cause concerning the Judge

assigned to administrate this case, an Obama administration appointee.

      1.      The Supreme Court of the United States said that "Recusal is required when,

objectively speaking, 'the probability of actual bias on the part of the judge or decision maker is

too high to be constitutionally tolerable.'"[1]

      2.      Kennedy hereby now reasonably questions said Judges' impartially, and

respectfully wishes him to recuse from this case due to the long term, ongoing "birther"

---

[1] RIPPO v. BAKER, https://www.law.cornell.edu/supremecourt/text/16-6316#;
Rippo v. Baker, 137 S. Ct. 905 - Supreme Court 2017

controversy on the public record now very public among and concerning Barack Obama,

Michelle Obama, and President Donald J. Trump, for it is probable that Kennedy is injured by

the assigned Judges in loss of rights, for the assigned Judges were appointed by Barack Obama.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record

grant Plaintiff's Motion for Recusal for Cause and recuse!

Date: December 3, 2018

Respectfully submitted,

/s/ *Edward Thomas Kennedy*    (seal)

_____

EDWARD THOMAS KENNEDY

401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice and Motion to Recuse was served upon the clerk of this court by ECF on December 3, 2018.

Date: December 3, 2018

/s/ *Edward Thomas Kennedy*

_____

Edward Thomas Kennedy

## UNITED STATES TAX COURT
### WASHINGTON, DC 20217

EDWARD THOMAS KENNEDY,    )
       )
    Petitioner,    )
       )
    v.    ) Docket No. 21004-18.
       )
COMMISSIONER OF INTERNAL REVENUE,  )
       )
    Respondent.    )

## <u>ORDER OF DISMISSAL FOR LACK OF JURISDICTION</u>

The petition in this case was filed on October 22, 2018.  The Court's $60.00 filing fee in this case was not paid.  By Order dated October 30, 2018, the Court directed petitioner, on or before November 20, 2018, to pay the Court's $60.00 filing fee in this case.  Petitioner failed to do so.

Accordingly, it is

ORDERED that, on the Court's own motion, this case is dismissed for lack of jurisdiction on the ground petitioner failed to pay the filing fee.

Maurice B. Foley
Chief Judge

ENTERED:    **DEC 10 2018**

**US TAX COURT
RECEIVED**

**DEC 12 2018
10:21 AM**

**SD**



**US TAX COURT
eFILED**

**DEC 12 2018**

EDWARD THOMAS KENNEDY,

      Petitioner,

      v.

COMMISSIONER OF INTERNAL REVENUE,

      Respondent

ELECTRONICALLY FILED

Docket No.   21004-18

# RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

CERTIFICATE OF SERVICE

## UNITED STATES TAX COURT

EDWARD THOMAS KENNEDY,                    )
                                          )
                    Petitioner,           )
                                          )
              v.                          )    Docket No.  21004-18
                                          )
COMMISSIONER OF INTERNAL REVENUE,         )    Filed Electronically
                                          )
                    Respondent.           )

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

### UPON WHICH RELIEF CAN BE GRANTED

RESPONDENT MOVES, pursuant to the provisions of Tax Court Rule 40, that this case be dismissed for failure to state a claim upon which relief can be granted.

IN SUPPORT THEREOF, respondent respectfully states:

1.    On October 22, 2018, petitioner filed a petition with this Court in which he raises two nonjusticiable causes of action apparently involving trespass. Petitioner does not attach or otherwise reference any statutory notice of deficiency or other determination that would confer jurisdiction upon this Court.

2.    Petitioner has not submitted a Statement of Taxpayer Identification Number. Respondent's office responsible for identifying whether or not such statutory notices were issued to a taxpayer has informed respondent's counsel that based on the information provided in the petition they cannot identify the petitioner or whether any statutory notice of deficiency or

Docket No. 21004-18      - 2 -

other determination that would confer jurisdiction upon this
Court has been issued. Respondent's counsel similarly cannot
identify the petitioner for jurisdictional purposes.

    3.   Tax Court Rule 34(b) provides in pertinent part that
the petition in a deficiency or liability action shall contain
"[c]lear and concise assignments of each and every error which
the petitioner alleges to have been committed by the
Commissioner in the determination of the deficiency or
liability. . . . Any issue not raised in the assignment of
errors shall be deemed to be conceded." See Rule 34(b); Funk v.
Commissioner, 123 T.C. 213, 215 (2004). Additionally, the
petition must contain clear and concise lettered statements of
the facts on which the taxpayer bases the assignments of error.
See Funk, 123 T.C. at 215; Jarvis v. Commissioner, 78 T.C. 646,
658 (1982).

    4.   Petitioner makes no material factual claims of error in
the petition but argues only law and legal conclusions therein.
Rather, the petition appears to be merely an expression of
protest and contains nothing but frivolous and groundless
arguments.

    5.   No justiciable error has been alleged in the petition
with respect to any notice of deficiency or other determination.
The absence in the petition of specific justiciable allegations

Docket No. 21004-18        - 3 -

of error and of supporting facts permit this Court to grant
respondent's motion.    Rule 123(b); White v. Commissioner, T.C.
Memo. 1981-609; Meeker v. Commissioner, T.C. Memo. 2005-146.

6.    The document filed as the petition does not comply
with the Rules of the Tax Court as to the form and content of
the petition and fails to state a claim upon which relief can be
granted.

7.    Respondent was unable to speak with petitioner in
order to determine whether petitioner objects to the granting of
this motion.

Docket No. 21004-18         - 4 -

WHEREFORE, it is prayed that this motion be granted.


                              WILLIAM M. PAUL
                              Acting Chief Counsel
                              Internal Revenue Service


Date: **DEC.1 2 2018**          By: _____
                                   STEPHEN C. WELKER
                                   Attorney
                                   (Small Business/Self-Employed)
                                   Tax Court Bar No. WS0475
                                   455 Massachusetts Avenue, NW
                                   Suite 500
                                   Washington, DC 20001
                                   Telephone: 202-572-4738
                                   Stephen.c.welker@irscounsel.tre
                                   as.gov


OF COUNSEL:
BRUCE K. MENEELY
Division Counsel
(Small Business/Self-Employed)
NANCY B. ROMANO
Area Counsel
(Small Business/Self-Employed:Area 2)
BARTHOLOMEW CIRENZA
Associate Area Counsel
(Small Business/Self-Employed)

Docket No. 21004-18

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO

DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE

GRANTED was served on petitioner by mailing the same on

**DEC.1 2 2018** _____ in a postage paid wrapper addressed as

follows:

Edward Thomas Kennedy
401 Tillage Rd.
Breinigsville, PA 18031

Date: **DEC.1 2 2018** _____     _____
                                    STEPHEN C. WELKER
                                    Attorney (Washington, Group 1)
                                    (Small Business/Self-Employed)
                                    Tax Court Bar No. WS0475

## UNITED STATES TAX COURT
### WASHINGTON, DC 20217

EDWARD THOMAS KENNEDY,     )
)
      Petitioner,    )
)
     v.     )  Docket No. 21004-18.
)
COMMISSIONER OF INTERNAL REVENUE,  )
)
      Respondent.    )

## O R D E R

On December 10, 2018, the Court entered its Order of Dismissal for Lack of Jurisdiction in this case on the ground petitioner failed to pay the filing fee as directed, and this case was closed.

On December 12, 2018, respondent filed a Motion To Dismiss for Failure To State a Claim Upon Which Relief Can Be Granted, even though this case was closed.

For cause, it is

ORDERED that respondent's Motion To Dismiss for Failure To State a Claim Upon Which Relief Can Be Granted, filed December 12, 2018, is hereby deemed stricken from the record in this case.

Maurice B. Foley
Chief Judge

Dated:  Washington, D.C.
      December 12, 2018

**SERVED Dec 13 2018**

US TAX COURT
eFILED

DEC 13 2018

EDWARD THOMAS KENNEDY,

      Petitioner,

ELECTRONICALLY FILED

    v.

Docket No.    21004-18

COMMISSIONER OF INTERNAL REVENUE,

      Respondent

# PETITIONER'S MOTION TO VACATE ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

US TAX COURT
RECEIVED

DEC 13 2018
2:05 PM

SD

US TAX COURT
eFILED

DEC 13 2018



EDWARD THOMAS KENNEDY,

      Petitioner,

                v.

COMMISSIONER OF INTERNAL REVENUE,

      Respondent

ELECTRONICALLY FILED

Docket No.   21004-18

# PETITIONER'S MOTION FOR A NEW TRIAL

CERTIFICATE OF SERVICE

UNITED STATES TAX COURT
www.ustaxcourt.gov
400 Second Street, NW, Washington, DC 20217


EDWARD THOMAS KENNEDY,
                              Petitioner,

                    v.

                                        Tax Court Case No. 21004-18
                                        ELECTRONICALLY FILED


COMMISSIONER OF INTERNAL REVENUE,
Charles P. Rettig, IRS Commissioner
Internal Revenue Service Headquarters
1111 Constitution Avenue Northwest,
Washington, DC 20224
                              Respondent.


TAKE JUDICIAL COGNIZANCE AND NOTICE
MEMO

    a.      In re Jurisdiction, this is a court of record and therefore, this court has jurisdiction.

    b.      In re Dismissal for Failure to State a Claim Upon Which Relief May Be Granted.

    c.      "The general rule in appraising the sufficiency of a complaint about failure to state a claim is that a complaint should not be dismissed '***unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief."[1] "A complaint may not be dismissed on motion if it states some sort of claim, baseless though it may eventually prove to be, and inartistically as the complaint may be drawn. Therefore, under our rules, the plaintiff's allegations that he is suing in 'criminal libel' should not be liberally construed. [3] The complaint is hard to understand but this, with nothing more, should not bring about a dismissal of the complaint, particularly is this true where a defendant is not represented by counsel, and in view of rule 8{f} of the rules of civil procedure, 28 U.S.C., <u>which requires that all pleadings shall be construed as to do substantial justice.</u>[2]

    d.      "A complaint will not be dismissed for failure to state a claim, even though

---

[1] CONLEY VS. GIBSON (1957), 355 U.S. 41, 45, 46, 78 S.Ct. 99, 102, 2 LEd 2d 80; SEYMOUR VS. UNION NEWS COMPANY, 7 Cir., 1954, 217 F.2d 168; and see rule 54c, demand for judgment, FEDERAL RULES OF CIVIL PROCEDURE, 28 USCA: "***every final judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded such relief in his pleadings." U.S. V. WHITE COUNTY BRIDGE COMMISSION (1960), 2 Fr Serv 2d 107, 275 F2d 529, 535.

[2] BURT VS. CITY OF NEW YORK, 2Cir., (1946) 156 F.2d 791. Accordingly, the complaint will not be dismissed for insufficiency. CURATORS, AND PAPERHANGERS OF AMERICA, DCCDJ (1950), 11 F.R.D. 153.

inartistically drawn and lacking in allegations of essential facts, it cannot be said that under no circumstances will the party be able to recover."[3]

    e.    "FRCP 8f: CONSTRUCTION OF pleadings. All pleadings shall be so construed as to do substantial justice." See DIOGUARDI VS. DURNING, 2 CIR., (1944) 139 F2d 774.

    f.    JUDICIARY ACT OF 1789, the suit cannot be dismissed because of errors in service.

    g.    Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, the case cited by Graham and Kavanaugh.[4]

    h.    Justice in United States Tax Court appears broken for its courts do not operate as advertised, and its Chief Judge Maurice Foley is requested to recuse for cause[5] for he has conflicts of interest.

    i.    The country is a constitutional Republic and not a judicial dictatorship.

    j.    President Donald J Trump made a ... promise to Hillary Rodham Clinton, and said "If I win, I'm going to instruct my attorney general to get a special prosecutor to look into your situation…we're going to have a special prosecutor," Trump said. Clinton responded, "It's just awfully good that someone with the temperament of Donald Trump is not in charge of the law in our country." Trump then interrupted and said: "Because you'd be in jail." Trump's statement was met with cheers and thunderous applause.[6]

    k.    Chief Judge Maurice Foley was nominated by Clinton administration.[7] Kennedy hereby requests Acting AG Whitaker investigate Maurice Foley and his (probable) relationship to the Clinton Foundation, and that he twice ignored that The Court and Its Jurisdiction. The United States Tax Court is a court of record established by Congress under Article I of the U.S. Constitution and twice injured Kennedy in loss of rights.

    l.    US Code Title 26 is not law.

    m.    26 USC 7806(b) says that Title 26 is not the law, in other words, "No inference, implication or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or a portion of this title..."

Memo and Motion for New Trial

    1.    Edward Thomas Kennedy, hereinafter "Petitioner" and/or "Kennedy"

and/or "Plaintiff" wishes a New Trial at this court of record[8] because Chief Judge Foley

---

[3] JOHN EDWARD CROCKARD VS. PUBLISHERS, SATURDAY EVENING POST MAGAZINE OF PHILADELPHIA, PA (1956) Fr Serv 29, 19 F.R.D. 511, DCED Pa 19 (1958).
[4] Citation is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here: http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.
[5] https://www.ustaxcourt.gov/judges/foley.htm.
[6] https://www.lizcrokin.com/hillaryclinton/mueller-president-trump-pulling-biggest-sting-history/
[7] https://ballotpedia.org/Maurice_B._Foley
[8] See court of record defined in Exhibit 1 and in this Petition.

has conflicts of interest and refused to recuse. Under Law, Foley MUST recuse.

JURISDICTION and VENUE

2.     The Court and Its Jurisdiction is "The United States Tax Court is a court of

record established by Congress under Article I of the U.S. Constitution."[9]

3.     I,  Edward Thomas Kennedy, declare under penalty of perjury that the foregoing

facts are true and correct to the best of my knowledge.


Date: December 13, 2018.

                                         /s/ *Edward Thomas Kennedy*  (seal)
                                         _____
                                         Edward Thomas Kennedy
                                         401 Tillage Road
                                         Breinigsville, PA 18031
                                         pillar.of.peace.2017@protonmail.com
                                         kennedy2018@alumni.nd.edu
                                         Telephone: 415-275-1244
                                         Fax: 570-609-1810.

---

[9] Source: https://ustaxcourt.gov/about.htm

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, hereby certify that on December 13, 2018 that I filed a copy

of the foregoing memo and Motion for A new Trial via ECF to this court and ECF and regular

US mail to the following party:


       Stephen C. Welker, Attorney
       Internal Revenue Service
       455 Massachusetts Avenue NW 5th Floor
       Washington, DC, 20001

                         /s/ *Edward Thomas Kennedy*  (seal)
                         _____
                         EDWARD THOMAS KENNEDY

# UNITED STATES TAX COURT
## WASHINGTON, DC 20217

EDWARD THOMAS KENNEDY,   )
            )
   Petitioner,    )
            )
   v.       ) Docket No. 21004-18.
            )
COMMISSIONER OF INTERNAL REVENUE, )
            )
   Respondent.   )

## O R D E R

On December 10, 2018, the Court entered its Order of Dismissal for Lack of Jurisdiction in this case due to petitioner's failure to pay the filing fee in this case as directe, and this case was closed.

On December 13, 2018, petitioner filed a Motion for a New Trial which the Court will recharacterize as petitioner's Motion To Vacate Order of Dismissal.

Upon due consideration, it is

ORDERED that petitioner's Motion for a New Trial, filed December 13, 2018, is recharacterized as petitioner's Motion To Vacate Order of Dismissal.  It is further

ORDERED that petitioner's Motion To Vacate is denied.

Maurice B. Foley
Chief Judge

Dated:  Washington, D.C.
   December 14, 2018

**SERVED Dec 14 2018**

17

**US TAX COURT**
**RECEIVED**

**DEC 18 2018**
**1:44 PM**

**SD**



**US TAX COURT**
**eFILED**

**DEC 18 2018**

EDWARD THOMAS KENNEDY,

        Petitioner,

          ELECTRONICALLY FILED

    v.

          Docket No.   21004-18

COMMISSIONER OF INTERNAL REVENUE,

        Respondent

# PETITIONER'S STATUS REPORT

CERTIFICATE OF SERVICE

**SERVED Dec 18 2018**

IN THE UNITED STATES TAX COURT
Washington, DC 20218

EDWARD THOMAS KENNEDY,
       Petitioner - Plaintiff,

                                    No. 21004-18

       v.

COMMISSIONER OF INTERNAL REVENUE,
       Respondant -Defendant.

OBJECTION TO ORDER

I, Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", am one of the

people of  Pennsylvania, and in this court of record Objects to ORDER, signed by Chief Judge

Maurice B. Foley and filed on 12/14/2018 for it is my wish.

      NOTICE

      Executive Order Blocking the Property of Persons Involved in Serious Human Rights

Abuse or Corruption. [1]


Date: December 18, 2018.

                               Respectfully submitted,


                                 */s/ Edward Thomas Kennedy*
                                 (SEAL)

                                 _____
                                 Edward Thomas Kennedy
                                 401 Tillage Road
                                 Breinigsville, PA 18031
                                 Telephone:415-275-1244.

---

[1]
https://www.whitehouse.gov/presidential-actions/executive-order-blocking-property-persons-involved-serio
us-human-rights-abuse-corruption/

CERTIFICATE OF SERVICE

I certify that on December 18, 2018, that I filed a copy of the above  OBJECTION

with the Clerk of Court of this court by ECF and to the Respondent Counsel:

Stephen C. Welker
Internal Revenue Service
5th Floor
455 Massachusetts Avenue NW
Washington, DC, 20001

Dated this 18th day of December 2018

*/s/ Edward Thomas Kennedy   SEAL*
_____

Edward Thomas Kennedy

US TAX COURT 8-3789    Document: 008 13145374    Page: 85    Date Filed: 01/28/2019

**US TAX COURT**
**RECEIVED**

**DEC 18 2018**

ALS

**US TAX COURT**
**FILED**

**DEC 18 2018**

EDWARD THOMAS KENNEDY,

           Petitioner,

              v.

COMMISSIONER OF INTERNAL REVENUE,

           Respondent

PAPER FILED

Docket No.   21004-18

# NOTICE OF APPEAL

UNITED STATES TAX COURT

**UNITED STATES TAX COURT**
RECEIVED
WASHINGTON, DC 20217

2018 DEC 18  AM 9: 02

_Edward Thomas Kennedy_
ADM
BY
DEPUTY CLERK
Petitioner(s)

v.                                   Docket No. _21004-18_

COMMISSIONER OF INTERNAL REVENUE,

Respondent

### NOTICE OF APPEAL

Notice is hereby given that _Edward Thompe Kennedy_ hereby
appeals to the United States Court of Appeals for the __✗__ Circuit from [that part of] the decision of
this Court entered in the above-captioned proceeding on the _10th_ day of _December, 2018_
[relating to _Order of Dismissal Entered, etc. for_
_the Court exceeded it's jurisdiction._ ].

_12·13·2018_
Date

_E. T. K_
Party* or Counsel

_____                    _____
Date                                   Additional Party*

_____
Post office address

_____
Counsel's Tax Court Bar No.

_Federal Circut_

---

*If husband and wife are parties, then both must sign if both want to appeal.

T.C. Form 17 (08/12)

UNITED STATES
TAX COURT
RECEIVED

2018 DEC 18 PM 9: 03

BY: _ADM_____
DEPUTY CLERK

FILED
U.S. TAX COURT
STEPHANIE A. SERVOSS, CLERK

2018 DEC 18  AM 9: 06

BY: _____
DEPUTY CLERK

UNITED STATES TAX COURT
www.ustaxcourt.gov
400 Second Street, NW, Washington, DC 20217

EDWARD THOMAS KENNEDY,

Petitioner,

v.

Tax Court Case No. _____    _21004-18_

COMMISSIONER OF INTERNAL REVENUE,
Charles P. Rettig, IRS Commissioner
Internal Revenue Service Headquarters
1111 Constitution Avenue Northwest,
Washington, DC 20224

Respondent.

## TAKE JUDICIAL COGNIZANCE AND NOTICE

    a.    In re Jurisdiction, this is a court of record and therefore, this court has jurisdiction.

    b.    In re Dismissal for Failure to State a Claim Upon Which Relief May Be Granted.

    c.    "The general rule in appraising the sufficiency of a complaint about failure to state a claim is that a complaint should not be dismissed '***unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief."[1] "A complaint may not be dismissed on motion if it states some sort of claim, baseless though it may eventually prove to be, and inartistically as the complaint may be drawn. Therefore, under our rules, the plaintiff's allegations that he is suing in 'criminal libel' should not be liberally construed. [3] The complaint is hard to understand but this, with nothing more, should not bring about a dismissal of the complaint, particularly is this true where a defendant is not represented by counsel, and in view of rule 8{f} of the rules of civil procedure, 28 U.S.C., which requires that all pleadings shall be construed as to do substantial justice.[2]

    d.    "A complaint will not be dismissed for failure to state a claim, even though

---

[1] CONLEY VS. GIBSON (1957), 355 U.S. 41, 45, 46, 78 S.Ct. 99, 102, 2 LEd 2d 80; SEYMOUR VS. UNION NEWS COMPANY, 7 Cir., 1954, 217 F.2d 168; and see rule 54c, demand for judgment, FEDERAL RULES OF CIVIL PROCEDURE, 28 USCA: "***every final judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded such relief in his pleadings." U.S. V. WHITE COUNTY BRIDGE COMMISSION (1960), 2 Fr Serv 2d 107, 275 F2d 529, 535.
[2] BURT VS. CITY OF NEW YORK, 2Cir., (1946) 156 F.2d 791. Accordingly, the complaint will not be dismissed for insufficiency. CURATORS, AND PAPERHANGERS OF AMERICA, DCCDJ (1950), 11 F.R.D. 153.

inartistically drawn and lacking in allegations of essential facts, it cannot be said that under no circumstances will the party be able to recover."[3]

e.      "FRCP 8f: CONSTRUCTION OF pleadings. All pleadings shall be so construed as to do substantial justice." See DIOGUARDI VS. DURNING, 2 CIR., (1944) 139 F2d 774.

f.      JUDICIARY ACT OF 1789, the suit cannot be dismissed because of errors in service.

g.      Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, the case cited by Graham and Kavanaugh.[4]

h.      Justice in United States Tax Court appears broken for its courts do not operate as advertised, and its Chief Judge Maurice Foley is requested to recuse for cause[5] for he has conflicts of interest.

i.      The country is a constitutional Republic and not a judicial dictatorship.

j.      President Donald J Trump made a ... promise to Hillary Rodham Clinton, and said "If I win, I'm going to instruct my attorney general to get a special prosecutor to look into your situation...we're going to have a special prosecutor," Trump said. Clinton responded, "It's just awfully good that someone with the temperament of Donald Trump is not in charge of the law in our country." Trump then interrupted and said: "Because you'd be in jail." Trump's statement was met with cheers and thunderous applause.[6]

k.      Chief Judge Maurice Foley was nominated by Clinton administration.[7] Kennedy hereby requests Acting AG Whitaker investigate Maurice Foley and his (probable) relationship to the Clinton Foundation, and that he twice ignored that The Court and Its Jurisdiction. The United States Tax Court is a court of record established by Congress under Article I of the U.S. Constitution and twice injured Kennedy in loss of rights.

l.      US Code Title 26 is not law.

m.      26 USC 7806(b) says that Title 26 is not the law, in other words, "No inference, implication or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or a portion of this title..."

PETITION / ACTION AT LAW

1.      Edward Thomas Kennedy, hereinafter "Petitioner" and/or "Kennedy"

and/or "Plaintiff" wishes his privacy be protected in this case, and wishes and requests this

court of record at the Philadelphia, Pennsylvania location, and wishes and requests ECF

---

[3] JOHN EDWARD CROCKARD VS. PUBLISHERS, SATURDAY EVENING POST MAGAZINE OF PHILADELPHIA, PA (1956) Fr Serv 29, 19 F.R.D. 511, DCED Pa 19 (1958).

[4] Citation is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here: http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

[5] https://www.ustaxcourt.gov/judges/foley.htm.

[6] https://www.lizcrokin.com/hillaryclinton/mueller-president-trump-pulling-biggest-sting-history/

[7] https://ballotpedia.org/Maurice_B._Foley

access to this and all cases (if any) at this court of record.[8]

JURISDICTION and VENUE

2.      The Court and Its Jurisdiction is "The United States Tax Court is a court of record established by Congress under Article I of the U.S. Constitution."[9]

3.      Here is what the Internal Revenue Code designates: 26 USC 7441: Status. "There is hereby established, under article I of the Constitution of the United States, a court of record to be known as the United States Tax Court. The members of the Tax Court shall be the Chief Judge and the Judges of the Tax Court." Kennedy wishes a Judge, not a Senior Judge, to administer this case, and that this Judge obeys the law, and the Law of the Case, Exhibit 1.

FIRST CAUSE OF ACTION – TRESPASS

PARTIES

4.      Edward Thomas Kennedy is one of the people of Pennsylvania, and in this court of record on his own behalf complains of the following: Commissioner of Internal Revenue Service, hereinafter also "Defendant" and/or "Respondent", to wit:

STATEMENT OF FACTS

5.      Defendant exceeded its jurisdiction by either directly, through an agent, or in concert with another did cause Kennedy to be unlawfully and forcibly charged with debts[10] against his will, without jurisdiction or good cause.

---

[8] See court of record defined in Exhibit 1 and in this Petition.
[9] Source: https://ustaxcourt.gov/about.htm
[10] Fake debts or false debts.

6.     Said Defendant, without good cause, took further casual ill-considered actions to further injure Kennedy with liens, repeated theft of funds.

7.     Defendant acted in such a way or failed to act in such a way, that Kennedy is deprived of his liberty.

8.     Defendant acted to deprive Kennedy of his liberty, or the Defendant failed to act to prevent the loss by Kennedy of his liberty. The following paragraphs describe what the Defendant, under color of law, either acted or failed to act as obligated.

9.     At no time has Kennedy ever signed an IRS form, and if he did it was under duress" or identity theft or falsification of evidence by the Defendant.

10.     The Defendant without proof of jurisdiction ignored Kennedy's objections, and his Notice and Demand letter (Exhibit 2) and proceeded under color of law to steal from Kennedy from January 2018 to present.

11.     Because of the actions committed with actual and implied force or the lack of action of the Defendant, Kennedy was immediately and directly injured and damaged under color of law.

12.     Defendant has a duty to not cause Kennedy to be financially imprisoned under color of law, to not cause loss of liberty.

13.     Further, the Defendant has a duty to prove jurisdiction when an objection to jurisdiction is asserted.

14.     Defendant breached that duty, and Defendant breached its fiduciary duty.

15.     The damages for the injury caused by Defendant's actions are $50,000 for each day of unlawful actions by the Defendant.

16.    The damages for the injury caused by the Defendant's absence of required action is $5,000 for each failure to act.

## SECOND CAUSE OF ACTION – TRESPASS ON THIS CASE

17.    Paragraphs 1 through 16 are included by reference as though fully stated herein.

18.    By right, Kennedy reasonably expects to proceed without injury, secure in his capacities. By right, Kennedy reasonably expects to exercise his right to liberty.

19.    Defendant has a legal duty to use due care and not cause an injury to Kennedy or interfere with said rights in any way.

20.    Defendant breached that duty by proximately or legally, directly and indirectly, causing the injuries to Kennedy.

21.    The damages claimed are all a result of the injuries.

## LAW OF THE CASE

22.    Through the courts, Kennedy encourages the Government and its employees to obey the law. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law.[11]

23.    In a court of record, a judge has no discretion.

24.    Discretion is reserved to the independent tribunal.

25.    When the word "law" is used without qualification, it means common law.

26.    US Code Title 26 is not law. 26 USC 7806(b) says that Title 26 is not the law, in other words, "No inference, implication or presumption of legislative construction shall be drawn

---

[11] See the use of dictionaries by the Supreme Court of the United States, by Kevin Werbach, titled Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994).

or made by reason of the location or grouping of any particular section or provision or a portion

of this title..."

27.    28 U.S. Code § 2674 - Liability of United States, states, The United States shall

be liable, respecting the provisions of this title relating to tort claims, in the same manner and to

the same extent as a private individual under like circumstances, but shall not be liable for

interest prior to judgment or for punitive damages.[12]

28    Title 26 is not law despite the personal opinions of those who work for the IRS, a

non-registered foreign agent and international debt collection service.

29.    Under the FTCA, 28 U.S.C. §§ 2671-2680, individuals who are injured or whose

property is damaged by the wrongful or negligent act of a federal employee acting within his or

her official duties may file a claim with the government for reimbursement for that injury or

damage.

30.    Exhibit "1" Law of the Case is incorporated by reference as though fully

stated herein.

REQUEST FOR RELIEF

31.    For that cause of action, therefore, Kennedy brings his suit.

32.    WHEREFORE, Kennedy wishes the Judge assigned to this case

administrate judgment against Defendant, and each of them, as follows:

On all causes of action:

33.    For general damages in the sum of $50,000 multiplied by the number of days in

constructive and actual imprisonment or Five million dollars ($5,000,000.00) whichever is

---

[12] Link here: https://www.law.cornell.edu/uscode/text/28/2674

greater.

34.    For an Order to stop the Defendant from stealing from Kennedy, remove all liens and claims of debt by the Defendant from Kennedy nunc pro tunc, and restore Kennedy's good name in finance;

35.    For an immediate Order to the Defendant to return all funds taken from Kennedy nunc pro tunc; in other words, Order the Defendant to stop stealing from Kennedy;

36.    That the court enter a declaratory judgment that the Defendant has acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;

37.    That the court enter a declaratory judgment that the Defendant acted contrary to constitutional right, power or privilege;

38.    That the court enter a declaratory judgment that the Defendant's actions were in excess of statutory jurisdiction, authority and short of statutory right;

39.    That the court permanently enjoin the Defendant from interfering in any way with Kennedy's lawful rights and provide him with a republican form of government;

40.    That the court permanently enjoin Defendant from interfering in any way with Kennedy's lawful rights, honor their fiduciary duty to Kennedy, net out all alleged "debt" to zero, remove all liens and return all funds to Kennedy nunc pro tunc;

41.    That the court enter a declaratory judgment that the records of the court not of record are impeached for want of jurisdiction in the Court or judicial officers, for

collusion between the parties, and/or for fraud in the parties offering the record, in respect

to the proceedings;

42. That the court grant Kennedy his attorney's fees;

43. That the court grant Kennedy such, other and further relief as the court

deems proper;

44. For interest as allowed by law; and

45. For costs of suit incurred.

46. I, Edward Thomas Kennedy, declare under penalty of perjury that the

foregoing facts are true and correct to the best of my knowledge.

Date: December 13, 2018.

/s/ Edward Thomas Kennedy (seal)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
pillar.of.peace.2017@protonmail.com
kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810.

Attached
Exhibit 1, Law of the Case (13 pages)

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, hereby certify that on December 13, 2018 that I filed a copy of the foregoing Petition / Action At Law, and Exhibit 1 Law of the Case and this Certificate of Service, by USPS regular mail at the office of the Clerk of Court at United States Tax Court 400 Second Street, N.W., Washington, D.C. 20217, and served as stated to the following:

Matthew Whitaker, Acting Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
By regular US mail and email to catriona.coppler@usjoj.gov

Catriona M. Coppler, Tax Attorney, Tax Division
US Department of Justice
Post Office Box 227
Washington DC 20044
By email to catriona.coppler@usjoj.gov

Charles P. Rettig
Commissioner of the Internal Revenue Service
Internal Revenue Service
1111 Constitution Ave. NW
Washington, DC 20224
By Fax number to (855) 573-7040

William M. Paul, Acting Chief Counsel and Deputy Chief Counsel (Technical)
Internal Revenue Service
1111 Constitution Ave. NW
Washington, DC 20224
By Fax number to (855) 573-7040.

/s/ Edward Thomas Kennedy (seal)
_____
EDWARD THOMAS KENNEDY

EXHIBIT ▶ 1

13 pages

# Exhibit 1 LAW OF THE CASE

1.     Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. (See the use of dictionaries in the Supreme Court of the United States, by Kevin Werbach Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994). When the word law is used in the US Constitution, they mean the common law.

2.     In a court of record, a judge has no discretion.  Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. An "attorney at law" means one who practices common law. (notwithstanding the fact that modern attorneys ignore the subject).  An "attorney in equity" is one who practices before an equity court.

3.     Absolute Judicial immunity is a myth. A Judge does not have absolute immunity. Judicial immunity does not apply when the following conditions exist:

    a. when he is performing a non-judicial act, or

    b. when he acts in the complete absence of all jurisdiction.

4.     Statutes are expressions of will from the legislature.  To maintain confusion, Bar members append the word "law" to it.  Naturally, one is supposed to then believe that statutory law is the same as and equal to common law (it isn't!).  There is no legislative foundation for any Bar member to "practice" law.

5.     Codes are nothing more than a collection of statutes and other rules arranged by subject instead of being arranged by date. Law beats statutes; statutes beat codes.

6.     The California 1879 Constitution defines all California courts to be courts of record.  California Government code says in two statutes: The people of this state do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.[1]

7.     Commonwealth of Pennsylvania maintains confusion and deception with multiple versions of its Constitution. Commonwealth of Pennsylvania has had five versions of constitutions 1776, 1790, 1838, 1874, and 1968.[2]

8.     "Whereas it is essential if a man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law," (Preamble - Universal Declaration of Human Rights)

9.     Nisi Prius is defined as: "a court where civil actions are tried by a single judge sitting with a jury, as distinguished from an appellate court." This means the nisi prius court is a Trial Court which of course is where the facts of a case are discovered. A nisi prius court is a "court of no record,"  but a record is kept in a trial court. The mere keeping of a record does not qualify any court to be a court of record.

10.     Black's Law Dictionary, Fifth Edition, contributes to the confusion by listing only two of the four requirements for a court to qualify as a court of record.  For the full explanation, see https://www.1215.org/lawnotes/lawnotes/courtrec.htm.

---

[1] California Government Code - 11120 and 54950.

[2] See John J. Kennedy, Pennsylvania Government and Politics, 1st Edition, Cognella publisher, 2018. Chapter 3, pages 79 to 90.

## Exhibit 1 LAW OF THE CASE

11.    In California, all courts are named as courts of record. However, if in an individual case they are not operated as courts of record, then they don't qualify as such. It takes more than a name to make a court of record. Even though a court may be keeping a record, it is a court of no record if it does not conform to the remaining three requirements for a lawful court of record.

12.    A court of record is a court which must meet the following criteria:

1. generally has a seal
2. power to fine or imprison for contempt
3. keeps a record of the proceedings
4. proceeding according to the common law (not statutes or codes)
5. the tribunal is independent of the magistrate (judge)

Notice that a judge is a magistrate and is not the tribunal, and the tribunal is either the sovereign himself or a fully empowered jury (not a jury paid by the government).

13.    Black's Law Dictionary's omissions are subtle but one can recombine the information and get to the real meaning of terms such as "nisi prius".

14.    "Nisi prius" is a Latin term. Individually, the words mean this: "Prius" means "first." For example, "Prius vitiis laboravimus, nunc legibus" means "We labored first with vices, now with laws." Quoted from Black's Law Dictionary, Fifth Edition. "Nisi" means "unless." Quoting from B.L.D., 5th Ed.: "The word is often affixed as a kind of elliptical expression, to the words 'rule,"order,' 'decree,' 'judgment,' or 'confirmation,' to indicate that the adjudication spoken of is one which is to stand as valid and operative unless the party affected by it shall appear and show cause against it, or take some other appropriate step to avoid it or procure its revocation."

15.    "Nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

16.    It is a matter of right that one may demand to be tried in a <u>court of record</u> as defined herein. By sheer definition, that means that the court must proceed according to the common law (not the statutory law). The only way that a court can suspend that right is by the prior agreement of the parties.

17.    For tactical reasons, the Commonwealth of Pennsylvania and/or the state and/or State prefers to proceed according to statutory law rather than common law. The only way it can do that is to obtain the prior agreement from the parties. That is the primary (but hidden) purpose of the arraignment procedure.

18.    During arraignment choices for pleading are only guilty, not guilty, nolo contendere, but all three choices lead to the same jurisdiction, namely a statutory jurisdiction, not a common law jurisdiction. That is to say, the question to be decided is whether or not the statute was violated, not whether the common law was violated.

19.    The dictionary does not lie in its definition of a nisi prius court but it does omit some important information. Namely, that it is a court that has been set up by prior agreement assumed because when the three statutory options [guilty, not guilty, nolo contendere] were presented to the defendant he chose one. He thus failed to enforce his right to be prosecuted in a court of record.

20.    Once the agreement (as evidenced in the arraignment proceeding) has been secured, the court proceeds under statutory authority. Now the court ceases to be a court of record and becomes a court of no record by prior lack of objection, i.e. by prior agreement

# Exhibit 1 LAW OF THE CASE

implied by failure to object.

21.　　Naturally, after securing the agreement, a nisi prius court can move on to examine the facts with a judge and jury, etc. etc.

22.　　The criminal court is an inferior court because it is operating according to special rules (criminal code) and not according to the common law. Even if its name is "Superior Court of ....." it is still an inferior court so long as it is operating according to some code or statutes rather than the common law. On the other hand, a court of record, so long as it meets the criteria, is a truly superior court. The decisions and proceedings of an inferior court are not presumed to be valid. The inferior court can be sued in a superior court (that's called a "collateral attack"). In other words, the superior court (court of record) outranks the inferior court, not of record."

23.　　Government Manipulation of Language. The first "trick" of the Government is the re-definition of certain critical words in each Statute (Act) The Government assumes the ordinary meaning of the word so as to trick the public into reading and interpreting the Statute in their favor. Here is a summary of some of the Trick Words. Two keywords that are re-defined in almost every Statute are the words "person" and "individual". There is at least two "person" in law:　　A natural-person is a legal entity for the human being.

An artificial-person is a legal entity that is not a human being. (Here are the exact definitions from Barron's Canadian Law Dictionary, fourth edition (ISBN 0-7641-0616-3): natural person. A natural person is a human being that has the capacity for rights and duties. artificial person. A legal entity, not a human being, recognized as a person in law to whom certain legal rights and duties may attach - e.g. a body corporate.)

24.　　The natural-person has the "capacity" (i.e. ability) for rights and duties, but not necessarily the obligation. The artificial-person has rights and duties that may be attached (i.e. assigned) bylaws.

25.　　The second "trick" of the Government is to use the Interpretation Act to define words that apply to all Statutes unless re-defined within a particular Statute. Without this knowledge, one could assume the ordinary meaning for the words one is reading, not realizing that they may have been defined by the Interpretation Act. Unless these words have been re-defined in another Statute, the underlying definitions for the two most important words still apply, either from the Interpretation Act, or the Canadian Law Dictionary.

Basically, they are defined as follows:

a.　　from the Canadian Law Dictionary one can find that:
individual means a natural person,

b.　　from the Income Tax Act find the re-definition:
individual means an artificial person.

c.　　from the Canadian Law Dictionary find that:
person means an individual (natural person) or an incorporated group (artificial person),

d.　　from the Interpretation Act find the re-definition:
person means a corporation (an artificial- person),

e.　　from the Income Tax Act find the re-definition again:
person means an artificial person (amongst other things).

26.　　In the Canadian Human Rights Act, one can see how individual and person are used and how they are applied to natural and artificial persons.

## Exhibit 1 LAW OF THE CASE

27.    The third "trick" of the Government is to use the word "includes" in definitions instead of using the word "means". They do this in some critical definitions that they want to be misinterpreted. If they used "means" instead of "includes" then their deception would be exposed, but by using "includes" they rely upon the reader to assume that "includes" expands the definition, whereas, in reality, it restricts the definition in the same manner that "means" restricts the definition.

28.    Here is a means definition of the word "person" from the Bank Act:
person means a natural person, an entity or a personal representative;

29.    Here is an includes definition of the word "person" from the Interpretation Act:
person, or any word or expression descriptive of a person, includes a corporation
To expose their deception, substitute the word means or any word or expression descriptive of a person, means a corporation (viz. artificial-person)

30.    Both "means" and "includes" are restrictive in scope because they only encompass part of the whole. Typically they are used in the following form:
person means A or B or C (and nothing else).
person includes A and B and C (and nothing else).

31.    From the above example, one sees the logical difference. The list that follows means is constructed using "or", whereas the list that follows includes is constructed using "and".

32.    There is a Legal Maxim that supports the restriction of "includes" which is as follows: Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another.
The definition of the word include is key to understanding the potential loss of the natural person. This is the major trick used by the Government in an attempt to take away natural-person rights. Unless this is known one voluntarily forfeits rights.

33.    The fourth "trick" of the Government is to modify how the word "includes" is used in order to make an expansion in the definition when such expansion is required. This "trick" helps add confusion to the use of "includes" convincing most readers that "includes" should always be expansive rather than limiting. Here are some legitimate ways in which "includes" is modified to become expansive rather than restrictive:
also includes, and includes, includes, without limitation, including, including but not limited to

34.    The expansive definitions usually take the following form:
person means A or B or C and includes D. (A,B, C and D). However, there is also a possibility that "and includes" is restrictive in some constructions. There are some people investigating this possibility right now. Their logic is demonstrated by the following example of a definition that states: province means a province of Canada and includes Ontario and Quebec.
So, if one presumes that "and includes" does provide expansion then one must ask why Ontario and Quebec had to be specifically mentioned when they are already part of a so-called province.

35.    The above construction clearly defines the scope of what is meant by province, that is a province of Canada (it does not say which one), and includes only Ontario and Quebec (compiled from a list of two from the original scope of all provinces). In this construction, means provides the scope of the definition and includes provides the list of what is actually included in the definition.

36.    The foregoing analysis is one interpretation but is not the only interpretation. The use of "includes" in statutory definitions can be argued both ways and is the backbone of understanding interpretations.

# Exhibit 1 LAW OF THE CASE

37.     With the presumption that "and includes" is restrictive, then we must take a very close look at the following definition, taken from the Interpretation Act:
province means a province of Canada and includes the Yukon Territory, the Northwest Territories and Nunavut.

38.     With this presumption what is stated is: unless another statute re-defines province, the default definition of province only includes the Yukon Territory, the Northwest Territories and Nunavut.

39.     So in order to not become absurd, we must allow for "and includes" to be expansive, however, more work needs to be done on this subject before placing the last nail in the coffin, so to speak.

40.     Barron's Canadian Law Dictionary does not provide definitions for "include" or "means" therefore we have to look in the next source for the definitions.

41.     From Black's Law Dictionary, fourth edition, here is the definition for the word "include":
include. To confine within, hold as in an enclosure, take in, attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Including may, according to context, express an enlargement and have the meaning of and or in addition to, or merely specify a particular thing already included within general words heretofore used.
inclose. To surround; to encompass; to bound; fence, or hemin, on all sides.
It is stated in the above definition that the verb include is clearly restrictive and only has limited scope. On the other hand, the participle, including (but not limited to) enlarges the scope.

42.     Therefore the conclusion is that when used in a definition, include does not expand the existing definition of the word it is attempting to define.

43.     It is easy to be confused because one naturally assumes the existing definition of the word, then assume include means to add this new interpretation to the existing assumed definition of the word. Our assumptions fail us in this case.

44.     For the Doubting Thomas: If one looks into any statute, one will be able to find a definition that uses the word includes and attempts to broaden the scope of that word to include the ordinary meaning, find that the statute will break down because it will not be able to support the inclusion of the ordinary meaning of the word.

45.     The breakdown usually occurs when slavery is invoked.

46.     Courts may be classified and divided according to several methods, the following being the more usual: COURTS OF RECORD and COURTS NOT OF RECORD.

47.     The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. The error lies to their judgments, and they generally possess a seal.

48.     Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded.  See 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

49.     A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial.  See Jones v. Jones, 188 Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y.

# Exhibit 1 LAW OF THE CASE

50.    CONFIRMATIO CARTARUM, (conforming charter)
October 10, 1297, **By Edward, King of England**, reaffirms that the Magna Carta may be pleaded as the Common Law before a court.

This links the Magna Carta to the Common Law.

The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta.

( See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated College Presses, 32 Washington Place, New York 3, New York.).

51.    The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4).

52.    No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

53.    The definition of sovereignty retains the meaning it had at the time the US Constitution was formed. Who is the Tribunal? Answer: The sovereign, the ultimate Judge.

54.    ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp 471-472.]

55.    The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

56.    Where rights secured by the Constitution are involved, there can be no rulemaking or legislation which would abrogate them. [Miranda v. Arizona, 384 US 436, 491.]

57.    There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [Sherer v. Cullen, 481 F 946.]

58.    Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives are chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

59.    The Commonwealth of Pennsylvania is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land. Notice and see Pennsylvania Constitution, all versions.

60.    This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [Constitution for the United States of America, Article VI, Clause 2.]

61.    Conspiracy against rights: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or

# Exhibit 1 LAW OF THE CASE

hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18, USC 241]

62.    Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18, USC 242]

63.    COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [3]

64.    COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [4]

65.    COURT OF RECORD. To be a court of record a court must have four characteristics and may have a fifth. They are:

A. A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

B. Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

C. Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. the U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v.

---

[3] Black's Law Dictionary, 5th Edition, page 318.
[4] Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070;
Black's Law Dictionary, 4th Edition, page 425.

# Exhibit 1 LAW OF THE CASE

Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

   D. Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. the U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

   E. Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. the U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

   66.    The following persons are magistrates: ...The judges of the superior courts.... [California Penal Code, Sec. 808.] ...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgment in all their points, that is to wit, the Great Charter as the common law.... [Confirmatio Cartarum, November 5, 1297, Sources of Our Liberties Edited by Richard L. Perry, American Bar Foundation]

   67.    Henceforth the writ which is called Praecipe shall not be served on anyone for any holding so as to cause a free man to lose his court. [Magna Carta, Article 34].

   68.    If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such a decision does not affect the validity of any other portion of this action.

   69.    The singular includes the plural and the plural the singular. The word people is both singular and plural.

   70.    The present tense includes the past and future tenses; and the future, the present.

   71.    The masculine gender includes the feminine and neuter.

   72.    We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

   73.    Through the courts, Plaintiff Kennedy encourages the government to obey the law.

   75.    Edward Thomas Kennedy, Plaintiff, is one of the people and in the court of record, wishes and demands individual defendants, and/or their counsel, to reply and testify, affirm, and/or declare under penalty of perjury to his complaint.

   76.    The Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law. Warnock v. Pecos County, 88 F.3d 341 (5th Cir. 07/08/1996), Ex parte Young, 209 U.S. 123, 155-56, 52 L. Ed. 714, 28 S. Ct. 441 (1908); Edelman v. Jordan, 415 U.S. 651, 664, 39 L. Ed. 2d 662, 94 S. Ct. 1347 (1974); Brennan v. Stewart, 834 F.2d 1248, 1252 (5th Cir. 1988).

# Exhibit 1 LAW OF THE CASE

77.      No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of receipts and expenditures of all public money shall be published from time to time." [5]

78.      The Constitution of the United States of America, Article II Section 2. "The judicial power shall extend to all cases, in law and equity,[6] arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more statists; between a state and citizens of another ate;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects. In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make. The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed."

79.      Charter for the Province of Pennsylvania-1681.[7]

80.      Penn's Charter of Liberty - April 25, 1682.[8]

81.      Charter of Privileges Granted by William Penn, Esq. to the Inhabitants of Pennsylvania and Territories, October 28, 1701.[9]

82.      Constitution of Pennsylvania - September 28, 1776.[10]

83.      Small points of the law are not law.

84.      Trespass means injury committed with force, actual or implied; immediate and not consequential; if the property involved, the property ty was in actual or constructive possession of the plaintiff at the time of injury. Source: Koffler: Common Law Pleading, 152 (1969)

85.      Trespass on the Case – In practice, means the form of action by which a person seeks to recover damages caused by an injury unaccompanied with force or which results indirectly from the act of the defendant. It is more generally called, simply, case. Source: 2 Bouvier's Law Dictionary 610 (1867).

86.      "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but

---

[5] Article I, Section 9, Clause 7, U.S. Constitution,  link here
https://constitution.solari.com/the-appropriations-clause-a-history-of-the-constitutions-as-of-yet-underused-clause/
[6] Law here means common law.
[7] http://avalon.law.yale.edu/17th_century/pa01.asp
[8] http://avalon.law.yale.edu/17th_century/pa03.asp
[9] http://avalon.law.yale.edu/18th_century/pa07.asp
[10] http://avalon.law.yale.edu/18th_century/pa08.asp

## Exhibit 1 LAW OF THE CASE

themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty." CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL 1793 pp 471-472.

87.　　The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Through the medium of their Legislature they may exercise all the powers which previous to the Revolution could have been exercised either by the King alone, or by him in conjunction with his Parliament; subject only to those restrictions which have been imposed by the Constitution of this State or of the U.S.Lansing v. Smith, 21 D. 89., 4 Wendel 9 (1829) (New York)

"D." = Decennial Digest, Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 1`67; 48 C Wharves Sec. 3, 7. NOTE: Am.Dec.=American The decision, Wend. = Wendell (N.Y.)

88.　　Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here: https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s. The case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here: http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

89.　　California Government Code Sections 11120 and 54950 contain strong statements about the sovereignty of the people.

90.　　CALIFORNIA CODES GOVERNMENT CODE SECTION 54950-54963 54950. In enacting this chapter, the Legislature finds and declares that the public commissions, boards and councils and the other public agencies in this State exist to aid in the conduct of the people's business. It is the intent of the law that their actions be taken openly and that their deliberations be conducted openly. The people of this State do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.

91.　　CALIFORNIA CODES GOVERNMENT CODE SECTION Section 11120: It is the public policy of this state that public agencies exist to aid in the conduct of the people's business and the proceedings of public agencies be conducted openly so that the public may remain informed. In enacting this article the Legislature finds and declares that it is the intent of the law that actions of state agencies be taken openly and that their deliberation be conducted openly. The people of this state do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created. This article shall be known and may be cited as the Bagley-Keene Open Meeting Act.

92.　　SCOTUS recognizes personal sovereignty, June 16, 2011. https://www.supremecourt.gov/opinions/13pdf/12-158_6579.pdf.

93.　　CONSTITUTIONAL PREAMBLES

Constitution for the United States of America: We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to

# Exhibit 1 LAW OF THE CASE

ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

1849 California Constitution: WE the people of California, grateful to Almighty God for our freedom: in order to secure its blessings, do establish this Constitution.

1879 State of California Constitution: We, the People of the State of California, grateful to Almighty God for our freedom, in order to secure and perpetuate its blessings, do establish this Constitution.

In all three constitutions (and the constitution of any real republic) the operative word is "establish." People existed in their own individual sovereignty before the constitution was enabled. When the People "establish" a constitution, there is nothing in the word "establish" that signifies that they have yielded any of their sovereignty to the agency they have created. To interpret otherwise would convert the republic into a democracy. Also, see the legislated notice from the People to the government written in the California Government Codes 11120 and 54950 quoted herein.

94.    To deprive the People of their sovereignty it is first necessary to get the People to agree to submit to the authority of the entity they have created. That is done by getting them to claim they are citizens of that entity (see Constitution for the U.S.A., XIV Amendment, for the definition of a citizen of the United States.)

95.    14 C.J.S. 426, 430 The particular meaning of the word "citizen" is frequently dependent on the context in which it is found [11], and the word must always be taken in the sense which best harmonizes with the subject matter in which it is used.[12] One may be considered a citizen for some purposes and not a citizen for other purposes, as, for instance, for commercial purposes, and not for political purposes.[13] So, a person may be a citizen in the sense that as such he is entitled to the protection of his life, liberty, and property, even though he is not vested with the suffrage or other political rights.[14]

96.    SOVEREIGNTY Black's Law Dictionary, Fourth Edition

The power to do everything in a state without accountability,--to make laws, to execute and to apply them, to impose and collect taxes and levy contributions, to make war or peace, to form treaties of alliance or of commerce with foreign nations, and the like. Story, Const. Sec 207 Sovereignty in government is that public authority which directs or orders what is to be done by each member associated in relation to the end of the association. It is the supreme power by which any citizen is governed and is the person or body of persons in the state to whom there is politically no superior. The necessary existence of the state and that right and power which necessarily follow is "sovereignty." By "sovereignty in its largest sense is meant supreme, absolute, uncontrollable power, the absolute right to govern. The word which by itself comes nearest to being the definition of "sovereignty" is will or volition as applied to political affairs.[15]

STATE Black's Law Dictionary, Fourth Edition

A People permanently occupying a fixed territory bound together by common-law habits and

---

[11] Cal.--Prowd v. Gore, 2 Dist. 207 P. 490. 57 C.A. 458.

[12] Cal.--Prowd v. Gore. 2 Dist. 207 P. 490. 57 C.A. 458. La.--Lepenser v Griffin, 83 So. 839, 146 La. 584 N.Y.--Union Hotel Co. v. Hersee, 79 N.Y. 454.

[13] U.S.--The Freundschaft, N.C., 16 U.S. 14, 3 Wheat. 14, 4 L.Ed. 322
--Murray v. The Charming Betsy, 6 U.S. 64, 2 Cranch 64, 2 L.Ed. 208 Md.--Risewick v. Davis, 19 Md. 82 Mass.--Judd v. Lawrence, 1 Cush 531.

[14] Mass.--Dillaway v. Burton, 153 N.E. 13, 256 Mass. 568.

[15] City of Bisbee v. Cochise County, 52 Ariz. 1, 78 P.2d 982, 986.

# Exhibit 1 LAW OF THE CASE

custom into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things within its boundaries, capable of making war and peace and of entering into international relations with other communities of the globe. [16]

97.    In concluding his list of grievances against the Parliament and crown, Jefferson used a reference to natural rights that was to be the core of the Declaration of Independence he drafted two years later: . . . That these are our grievances which we have thus laid before his majesty, with that freedom of language and sentiment which becomes a free people claiming their rights, as derived from the laws of nature, and not as the gift of their chief magistrate.[17]

98.    "In *Chisholm*, the Justices of the Supreme Court rejected Georgia's claim to be sovereign. They concluded instead that, to the extent, the term "sovereignty" is even appropriately applied to the newly-adopted Constitution, it rests with the people, rather than with state governments."[18]

99.    A person may be a citizen for commercial purposes and not for political purposes." [19]

100.    Lieber Code

The Lieber Code of April 24, 1863, also known as Instructions for the Government of Armies of the United States in the Field, General Order № 100,[1][2] or Lieber Instructions, was an instruction signed by US President Abraham Lincoln to the Union Forces of the United States during the American Civil War that dictated how soldiers should conduct themselves in wartime.

101.    18 U.S. Code § 2384 - Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.
(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, § 1, 70 Stat. 623; Pub. L. 103–322, title XXXIII, § 330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

102.    18 U.S. Code § 2381 - Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.
(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

103.    Executive Order 11110 AMENDMENT OF EXECUTIVE ORDER NO. 10289,

---

[16] United States v. Kusche, D.C.Cal., 56 F.Supp. 201, 207, 208. The organization of social life which exercises sovereign power in behalf of the people. Delany v. Moraitis, C.C.A.Md., 136 F.2d 129, 130.

[17] https://www.loc.gov/teachers/classroommaterials/connections/thomas-jefferson/history3.html

[18] In re Chisholm v. Georgia, 2 U.S. (Dall.) 419 (1793). Barnett, Randy E., The People or The State?: Chisholm V. Georgia and Popular Sovereignty. Virginia Law Review, Vol. 93; Georgetown Public Law Research Paper No. 969557. Available at SSRN: http://ssrn.com/abstract=969557.

[19] Field v. Adreon, 7 Md. 209.

# Exhibit 1 LAW OF THE CASE

John F. Kennedy, President of the United States.[20]

    104.    RESERVATION OF SOVEREIGNTY: "Even if the Tribe's power to tax were derived solely from its power to exclude non-Indians from the reservation, the Tribe has the authority to impose the severance tax. Non-Indians who lawfully enter tribal lands remain subject to a tribe's power to exclude them, which power includes the lesser power to tax or place other conditions on the non-Indian's conduct or continued presence on the reservation. The Tribe's role as a commercial partner with petitioners should not be confused with its role as sovereign. It is one thing to find that the Tribe has agreed to sell the right to use the land and take valuable minerals from it, and quite another to find that the Tribe has abandoned its sovereign powers simply because it has not expressly reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head. Merrion v. Jicarilla Apache Tribe; Amoco Production Company v. Jicarilla Apache Indian Tribe, 455 U.S. 130, 131, 102 S.Ct. 894, 71 L.Ed.2d 21 (1981).

    105.    2018 Amendments to the Manual for Courts-Martial, United States, issued on March 1, 2018.[21]

    106.    TREATY BETWEEN THE HOLY SEE AND ITALY, Article 24

In regard to the sovereignty appertaining to it also in the international realm, the Holy See declares that it desires to remain and will remain outside of any temporal rivalries between other States and the international congresses called to settle such matters, unless the contending parties make a mutual appeal to its mission of peace; it reserves to itself in any case the right to exercise its moral and spiritual power. Consequently, Vatican City will always and in every case be considered neutral and inviolable territory.[22]

---

[20] Executive Order 11110 Amendment of Executive Order No. 10289, as amended, relating to the performance of certain functions affecting the Department of the Treasury, Signed: June 4, 1963 Federal Register page and date: 28 FR 5605; June 7, 1963. Amends: EO 10289, September 17, 1951

[21] https://www.whitehouse.gov/presidential-actions/2018-amendments-manual-courts-martial-united-states/.

[22] http://www.vaticanstate.va/content/dam/vaticanstate/documenti/leggi-e-decreti/Normative-Penali-e-Amministrative/LateranTreaty.pdf

#01 Tillinfe Rd.
Brewisseille PA
18031

Clerk if Court
US TAX Court
400 North Secend St., NW.
Wishies ton DC 20217

2/00418

neopost
12/13/2018
US POSTAGE
$02.05⁰
FIRST-CLASS MAIL
ZIP 19530
041L11245010





# UNITED STATES TAX COURT
**WASHINGTON, D.C. 20217**
**December 20, 2018**

CLERK OF THE COURT

EDWARD THOMAS KENNEDY )
)
Petitioner )
)
v. )        Docket No. 21004-18
)
COMMISSIONER OF INTERNAL REVENUE, )
)
Respondent. )

## NOTICE OF FILING OF NOTICE OF APPEAL

TO:

| | | |
|---|---|---|
| Marcia Waldron, Clerk of Court | William M. Paul | Edward Thomas Kennedy |
| U. S. Court of Appeals | Acting Chief Counsel | 401 Tillage Road |
| for the Third Circuit | Internal Revenue Service | Breinigsville, PA 18031 |
| 21400 U. S. Courthouse | 1111 Constitution Ave, NW | |
| 601 Market Street | Washington, DC 20224 | |
| Philadelphia, PA 19106-1790 | | |

The United States Court of Appeals for the 3rd Circuit and the parties are hereby notified that on December 18, 2018 petitioner filed a Notice of Appeal from the order of dismissal of the Tax Court. A copy of that Notice of Appeal is herewith served upon you.

The parties are hereby notified that the papers constituting the record of the case in the United States Tax Court include any transcripts of proceedings. The record on appeal will be sent to the United States Court of Appeals when we received the Court of Appeals docket number.

Counsel for the Commissioner of Internal Revenue are **GILBERT S. ROTHENBERG, CHIEF, APPELLATE SECTION, TAX DIVISION, UNITED STATES DEPARTMENT OF JUSTICE, P.O. BOX 502, WASHINGTON, D.C. 20044, UPON WHOM SERVICE OF DOCUMENTS AND PAPERS IN PROCEEDINGS IN THE COURT OF APPEALS IS TO BE MADE,** and William M. Paul, Acting Chief Counsel, Internal Revenue Service.

(Signed) Stephanie A. Servoss
Clerk of the Court

Enclosures:  Copy of Notice of Appeal and Docket Entries.

Fee Paid:      Yes___   No _XX_.

SERVED DEC 2 0 2018