# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

18-3789

Edward Kennedy v. Commissioner of Internal Reven

18-21004

## O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Dated: February 6, 2019

cc:

Edward T. Kennedy
Kathleen E. Lyon, Esq.


**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate